TO: CLERK OF COURT
UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA
235 NORTH WASHINGTON AVE
P.O. BOX 1148
SCRANTON, PA. 18501-1148

**FILED**
**SCRANTON**

AUG 2 5 2022

PER _____
DEPUTY CLERK

FROM: GEORGE IVAN  LOPEZ, CZ-3198
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 19426

RE: LOPEZ V. WETZEL, 21-CV-1819

DEAR CLEAR OF COURT,

   Please be advised that hereto are copies of the letters send to countless of attorneys in support of our recently filed motion for appointment of counsel, No respond to these letters as of yet,  please filed accordingly.

   I also request confirmation of filings in the past month, if there is a cost for a docket statement, please advised, so that funds can be forwarded to you immediately.

THANK YOU FOR YOUR TIME AND ATTENTION

SINCERELY

_____

GEORGE IVAN LOPEZ, CZ-3198



GEORGE IVAN LOPEZ, CZ-3198
SCI-PHOENIX
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 19426

TO: Mr. John F. Mizner
311 West Sixth Street
Erie, Pa. 1657                                        8/10/2022

Dear Esteem Counsel,

May these words find you and yours in Good health.

    Mr. Marrone, I am a capital case prisoner confined at the State Correctional Institution at Phoenix. I am currently a capital case legal aid. I filed a civil complaint against the DOC, at the Middle District of Pennsylvania, under docket No# 21-cv-1819. On 8/3/2022, two week ago the Chief Magistrate Judge in the case issued a very favorable Report and Recommendation to the claims in our favor. The magistrate Judge denied the DOC's motion to dismiss pursuing their immunity claims.

    The issues which we presented were (a) Denial of due process of law, (b) Eighth Amendment violation, due to cruel and unsusual Punishment and, (c) violation of our rights under the American with Disability Act.   Currently we are in the Discovery proceedings, which I strongly beleive we can survive the DOC's upcoming summary judgment, base on th material base facts that the prolong isolation caused mental health issues.

## PROCEDURAL FACTS:

    Counsel, this case came out of the class action in *Reid V. Wetzel, 18-cv-00176*, Where after decades of keeping the capital case prisoners under permanent solitary confinement causing us, all types of physical and psychological harm.  The DOC had to settle the case to keep us from ascertaining discovery becuase we could have proven our claims.  But our lawyers droped the ball. However, they still changed the capital case permanent solitary confinementpolicy. However, there were no mention of monetary and/or punitive damages. Keeping in mind that at that time the DOC's policy mandated that all capital case prisoner be kepted in automatic, permanent Solitary confinement,

until the death-sentence was carried out or they die by natural death. However, Since 2019, we were finally released from the solitary confinement and provided us with our own prison population.

Counsel, once we ascertain the necessary discovery, we woud be able to establish beyond any dought, that the decades under DOC policies of permanent solitary confinement caused us extreme psychological harm and they should be held liable for their continued constitutional violations.

There are so many others that now suffer from "hellucination, depression, helplessness, anxiety attacts and at time attempted suicide etc. Among so many other mental health and physical injuries.

Please review the docket enteries in this case and if you are interested in taken on such representing, you will have six individuals that are willing to work with you and even settle the case if the price is fair. The case is ripe for you. Also, keeping in mind that 30 plus other inmates filed their own civil complaints, which is why I really don't want to intertain any *class action representation* unless its absolutely necessary. If you review the report and recommendation, you will see that the Judge mentioned that we have not requested class action certificationnor appointment of counsel.

Thank You in advance for a prompt respond and attention.

Sincerely,

_____

George Ivan Lope, CZ-3198



GEORGE IVAN LOPEZ, CZ-3198
SCI-PHOENIX
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 19426

TO:  Amistad Law Project                                    8/15/2022
P.O. Box 9148
Philadelphia, Pa. 19139

Dear Esteem  Counsel,

May these words find you and yours in Good health.

I, am a capital case prisoner confined at the State Correctional Institution at Phoenix. I am currently a capital case legal aid. I filed a civil complaint against the DOC, at the Middle District of Pennsylvania, under docket No# 21-cv-1819. On 8/3/2022, two week ago the Chief Magistrate Judge in the case issued a very favorable Report and Recommendation to the claims in our favor. The magistrate  Judge denied the DOC's motion to dismiss pursuing their immunity claims.

The issues which we presented were (a) Denial of due process of law, (b) Eighth Amendment violation, due to cruel and unsusual Punishment and, (c) violation of our rights under the American with Disability Act.   Currently we are in the Discovery proceedings, which I strongly beleive we can survive the DOC's upcoming summary judgment, base on th material base facts that the prolong isolation caused mental health issues.

**PROCEDURAL FACTS:**

Counsel, this case came out of the class action in *Reid V. Wetzel, 18-cv-00176*, Where after decades of keeping the capital case prisoners under permanent solitary confinement causing us, all types of physical and psychological harm.  The DOC had to settle the case to keep us from ascertaining discovery becuase we could have proven our claims.  But our lawyers droped the ball. However, they still changed the capital case permanent solitary confinementpolicy. However, there were no mention of monetary and/or punitive damages. Keeping in mind that at that time the DOC's policy mandated that all capital case prisoner be kepted in automatic, permanent Solitary confinement,

until the death-sentence was carried out or they die by natural death. However, Since 2019, we were finally released from the solitary confinement and provided us with our own prison population.

Counsel, once we ascertain the necessary discovery, we woud be able to establish beyond any dought, that the decades under DOC policies of permanent solitary confinement caused us extreme psychological harm and they should be held liable for their continued constitutional violations.

There are so many others that now suffer from "hellucination, depression, helplessness, anxiety attacts and at time attempted suicide etc.  Among so many other mental health and physical injuries.

Please review the docket enteries in this case and if you are interested in taken on such representing, you will have six individuals that are willing to work with you and even settle the case if the price is fair. The case is ripe for you.  Also, keeping in mind that 30 plus other inmates filed their own civil complaints, which is why I really don't want to intertain any *class action representation* unless its absolutely necessary. If you review the report and recommendation, you will see that the Judge mentioned that we have not requested class action certificationnor appointment of counsel.

Thank You in advance for a prompt respond and attention.

Sincerely,

George Ivan Lope, CZ-3198



GEORGE IVAN LOPEZ, CZ-3198
SCI-PHOENIX
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 19426

TO:  Drinker Biddle & Reath, Law Firm
1 Logan Sq. Ste. 2000                                        Dated: 8/12/2022
Philadelphia, Pa. 19103-6996

Dear Esteem Counsel,

        May these words find you and yours in Good health.

   Mr. Pomerantz, I am a capital case prisoner confined at the State Correctional
Institution at Phoenix. I am currently a capital case legal aid. I filed a civil complaint
against the DOC, at the Middle District of Pennsylvania, under docket No# 21-cv-1819.
On 8/3/2022, two week ago the Chief Magistrate Judge in the case issued a very
favorable Report and Recommendation to the claims in our favor. The magistrate Judge
denied the DOC's motion to dismiss pursuing their immunity claims.

   The issues which we presented were (a) Denial of due process of law, (b) Eighth
Amendment violation, due to cruel and unsusual Punishment and, (c) violation of our
rights under the American with Disability Act.  Currently we are in the Discovery
proceedings, which I strongly beleive we can survive the DOC's upcoming summary
judgment, base on th material base facts that the prolong isolation caused mental health
issues.

## PROCEDURAL FACTS:

   Counsel, this case came out of the class action in *Reid V. Wetzel, 18-cv-00176,*

Where after decades of keeping the capital case prisoners under permanent solitary

confinement causing us, all types of physical and psychological harm.  The DOC had to

settle the case to keep us from ascertaining discovery becuase we could have proven our

claims.  But our lawyers droped the ball. However, they still changed the capital case

permanent solitary confinementpolicy. However, there were no mention of monetary

and/or punitive damages. Keeping in mind that at that time the DOC's policy mandated

that all capital case prisoner be kepted in automatic, permanent Solitary confinement,

until the death-sentence was carried out or they die by natural death. However, Since 2019, we were finally released from the solitary confinement and provided us with our own prison population.

Counsel, once we ascertain the necessary discovery, we woud be able to establish beyond any dought, that the decades under DOC policies of permanent solitary confinement caused us extreme psychological harm and they should be held liable for their continued constitutional violations.

There are so many others that now suffer from "hellucination, depression, helplessness, anxiety attacts and at time attempted suicide etc. Among so many other mental health and physical injuries.

Please review the docket enteries in this case and if you are interested in taken on such representing, you will have six individuals that are willing to work with you and even settle the case if the price is fair. The case is ripe for you. Also, keeping in mind that 30 plus other inmates filed their own civil complaints, which is why I really don't want to intertain any *class action representation* unless its absolutely necessary. If you review the report and recommendation, you will see that the Judge mentioned that we have not requested class action certificationnor appointment of counsel.

Thank You in advance for a prompt respond and attention.

Sincerely,

_____

George Ivan Lope, CZ-3198



GEORGE IVAN LOPEZ, CZ-3198
SCI-PHOENIX
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 19426

---

TO: University of Pennsylvania Law School                    8/12//2022
C/o Mr. Theodore Rauger, Dean
3501 Sansam Street
Philadelphia, Pa. 19104

Dear Esteem Counsel,

May these words find you and yours in Good health.

Mr. Rauger, I am a capital case prisoner confined at the State Correctional Institution at Phoenix. I am currently a capital case legal aid. I filed a civil complaint against the DOC, at the Middle District of Pennsylvania, under docket No# 21-cv-1819. On 8/3/2022, two week ago the Chief Magistrate Judge in the case issued a very favorable Report and Recommendation to the claims in our favor. The magistrate Judge denied the DOC's motion to dismiss pursuing their immunity claims.

The issues which we presented were (a) Denial of due process of law, (b) Eighth Amendment violation, due to cruel and unsusual Punishment and, (c) violation of our rights under the American with Disability Act.  Currently we are in the Discovery proceedings, which I strongly beleive we can survive the DOC's upcoming summary judgment, base on th material base facts that the prolong isolation caused mental health issues.

## PROCEDURAL FACTS:

Counsel, this case came out of the class action in *Reid V. Wetzel, 18-cv-00176,* Where after decades of keeping the capital case prisoners under permanent solitary confinement causing us, all types of physical and psychological harm.  The DOC had to settle the case to keep us from ascertaining discovery becuase we could have proven our claims.  But our lawyers droped the ball. However, they still changed the capital case permanent solitary confinementpolicy. However, there were no mention of monetary and/or punitive damages. Keeping in mind that at that time the DOC's policy mandated that all capital case prisoner be kepted in automatic, permanent Solitary confinement,

until the death-sentence was carried out or they die by natural death. However, Since 2019, we were finally released from the solitary confinement and provided us with our own prison population.

Counsel, once we ascertain the necessary discovery, we woud be able to establish beyond any dought, that the decades under DOC policies of permanent solitary confinement caused us extreme psychological harm and they should be held liable for their continued constitutional violations.

There are so many others that now suffer from "hellucination, depression, helplessness, anxiety attacts and at time attempted suicide etc. Among so many other mental health and physical injuries.

Please review the docket enteries in this case and if you are interested in taken on such representing, you will have six individuals that are willing to work with you and even settle the case if the price is fair. The case is ripe for you. Also, keeping in mind that 30 plus other inmates filed their own civil complaints, which is why I really don't want to intertain any *class action representation* unless its absolutely necessary. If you review the report and recommendation, you will see that the Judge mentioned that we have not requested class action certificationnor appointment of counsel.

Thank You in advance for a prompt respond and attention.

Sincerely,

_____

George Ivan Lope, CZ-3198

GEORGE IVAN LOPEZ, CZ-3198
SCI-PHOENIX
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 19426

---

John A. Greenhall, Esq.
South 17th Street, 19th Floor.                    8/16/2022
ladelphia, Pa. 19103

r Esteem Counsel,

              May these words find you and yours in Good health.

I, am a capital case prisoner confined at the State Correctional In
m currently a capital case legal aid. I filed a civil complaint agai
ddle District of Pennsylvania, under docket No# 21-cv-1819. On
) the Chief Magistrate Judge in the case issued a very fav
commendation to the claims in our favor. The magistrate Judg
tion to dismiss pursuing their immunity claims.

The issues which we presented were (a) Denial of due proces
endment violation, due to cruel and unsusual Punishment and,
nts under the American with Disability Act.   Currently we ai
ceedings, which I strongly beleive we can survive the DOC's
gment, base on th material base facts that the prolong isolation ca
ies.

**OCEDURAL FACTS:**

  Counsel, this case came out of the class action in *Reid V. N*

ere after decades of keeping the capital case prisoners under

finement causing us, physical and psychological harm.   The DO

) to keep us from ascertaining discovery becuase we could have p

tal torture.   However, they still changed the capital case

finement policy.   Moreso, there were no mention of monetar

ages. Keeping in mind, at that time the DOC's policy mandated

oner be kepted in automatic, permanent Solitary confinement

1

sentence was carried out and/or they die by natural death.  Since 2019, we were finally released from the solitary confinement and the DOC finally provided us with our own prison population.

Counsel, once we ascertain the necessary discovery, we woud be able to establish beyond any dought, that spending decades under DOC policies of permanent solitary confinement caused us extreme psychological harm and they should be held financially liable for their continued constitutional violations.

There are so many similarly,  that now suffer from "hellucination, depression, helplessness, anxiety attacts and at time have attempted suicide, etc.  Among so many other mental health and physical injuries.

Please review the docket enteries in this case and if you are interested in taken on such represention, you will have six individuals that are willing to work with you and even settle the case if the price is fair. The case is ripe for you to represent us.  Also, keeping in mind that 30 plus other inmates filed their own civil complaints, which is why I really don't want to intertain any *class action representation* unless its absolutely necessary. If you review the report and recommendation, you will see that the Judge mentioned that we have not requested class action certificationnor appointment of counsel.

Thank You in advance for a prompt respond and attention.

Sincerely,

_____

George Ivan Lope, CZ-3198

2



GEORGE IVAN LOPEZ, CZ-3198
SCI-PHOENIX
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 19426

TO: Widener University Commth. Law School                8/13/2022
C/O Christian A. Johnson,(Dean)
3800 Vartanway
P.O. Box 69380
Harrisburg, Pa. 17106-9380

Dear Esteem Counsel,

May these words find you and yours in Good health.

Mr. Johnson, I am a capital case prisoner confined at the State Correctional Institution at Phoenix. I am currently a capital case legal aid. I filed a civil complaint against the DOC, at the Middle District of Pennsylvania, under docket No# 21-cv-1819. On 8/3/2022, two week ago the Chief Magistrate Judge in the case issued a very favorable Report and Recommendation to the claims in our favor. The magistrate Judge denied the DOC's motion to dismiss pursuing their immunity claims.

The issues which we presented were (a) Denial of due process of law, (b) Eighth Amendment violation, due to cruel and unsusual Punishment and, (c) violation of our rights under the American with Disability Act.  Currently we are in the Discovery proceedings, which I strongly beleive we can survive the DOC's upcoming summary judgment, base on th material base facts that the prolong isolation caused mental health issues.

## PROCEDURAL FACTS:

Counsel, this case came out of the class action in *Reid V. Wetzel, 18-cv-00176,* Where after decades of keeping the capital case prisoners under permanent solitary confinement causing us, all types of physical and psychological harm.  The DOC had to settle the case to keep us from ascertaining discovery becuase we could have proven our claims.  But our lawyers droped the ball. However, they still changed the capital case permanent solitary confinementpolicy. However, there were no mention of monetary and/or punitive damages. Keeping in mind that at that time the DOC's policy mandated

that all capital case prisoner be kepted in automatic, permanent Solitary confinement, until the death-sentence was carried out or they die by natural death. However, Since 2019, we were finally released from the solitary confinement and provided us with our own prison population.

Counsel, once we ascertain the necessary discovery, we woud be able to establish beyond any dought, that the decades under DOC policies of permanent solitary confinement caused us extreme psychological harm and they should be held liable for their continued constitutional violations.

There are so many others that now suffer from "hellucination, depression, helplessness, anxiety attacts and at time attempted suicide etc.  Among so many other mental health and physical injuries.

Please review the docket enteries in this case and if you are interested in taken on such representing, you will have six individuals that are willing to work with you and even settle the case if the price is fair. The case is ripe for you.  Also, keeping in mind that 30 plus other inmates filed their own civil complaints, which is why I really don't want to intertain any *class action representation* unless its absolutely necessary. If you review the report and recommendation, you will see that the Judge mentioned that we have not requested class action certificationnor appointment of counsel.

Thank You in advance for a prompt respond and attention.

Sincerely,

_____

George Ivan Lope, CZ-3198



GEORGE IVAN LOPEZ, CZ-3198
SCI-PHOENIX
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 19426

---

TO:  Mr. Joseph M. Marrone
200 S. broad Street, Ste 400                          8/10/2022
Philadelphia, Pa. 19103-6996

Dear Esteem  Counsel,

May these words find you and yours in Good health.

    Mr. Marrone, I am a capital case prisoner confined at the State Correctional Institution at Phoenix. I am currently a capital case legal aid. I filed a civil complaint against the DOC, at the Middle District of Pennsylvania, under docket No# 21-cv-1819. On 8/3/2022, two week ago the Chief Magistrate Judge in the case issued a very favorable Report and Recommendation to the claims in our favor. The magistrate Judge denied the DOC's motion to dismiss pursuing their immunity claims.

    The issues which we presented were (a) Denial of due process of law, (b) Eighth Amendment violation, due to cruel and unsusual Punishment and, (c) violation of our rights under the American with Disability Act.  Currently we are in the Discovery proceedings, which I strongly beleive we can survive the DOC's upcoming summary judgment, base on th material base facts that the prolong isolation caused mental health issues.

## PROCEDURAL FACTS:

    Counsel, this case came out of the class action in *Reid V. Wetzel, 18-cv-00176*, Where after decades of keeping the capital case prisoners under permanent solitary confinement causing us, all types of physical and psychological harm.  The DOC had to settle the case to keep us from ascertaining discovery becuase we could have proven our claims.  But our lawyers droped the ball. However, they still changed the capital case permanent solitary confinementpolicy. However, there were no mention of monetary and/or punitive damages. Keeping in mind that at that time the DOC's policy mandated that all capital case prisoner be kepted in automatic, permanent Solitary confinement,

until the death-sentence was carried out or they die by natural death. However, Since 2019, we were finally released from the solitary confinement and provided us with our own prison population.

Counsel, once we ascertain the necessary discovery, we woud be able to establish beyond any dought, that the decades under DOC policies of permanent solitary confinement caused us extreme psychological harm and they should be held liable for their continued constitutional violations.

There are so many others that now suffer from "hellucination, depression, helplessness, anxiety attacts and at time attempted suicide etc. Among so many other mental health and physical injuries.

Please review the docket enteries in this case and if you are interested in taken on such representing, you will have six individuals that are willing to work with you and even settle the case if the price is fair. The case is ripe for you. Also, keeping in mind that 30 plus other inmates filed their own civil complaints, which is why I really don't want to intertain any *class action representation* unless its absolutely necessary. If you review the report and recommendation, you will see that the Judge mentioned that we have not requested class action certificationnor appointment of counsel.

Thank You in advance for a prompt respond and attention.

Sincerely,

George Ivan Lope, CZ-3198



GEORGE IVAN LOPEZ, CZ-3198
SCI-PHOENIX
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 19426

---

TO: Gregory Panagno, Esq.
1315 Walnut Street, 12th Floor.                    8/16/2022
Philadelphia, Pa. 19107

Dear Esteem  Counsel,

> May these words find you and yours in Good health.

I, am a capital case prisoner confined at the State Correctional Institution at Phoenix. I am currently a capital case legal aid. I filed a civil complaint against the DOC, at the Middle District of Pennsylvania, under docket No# 21-cv-1819. On 8/3/2022, two week ago the Chief Magistrate Judge in the case issued a very favorable Report and Recommendation to the claims in our favor. The magistrate  Judge denied the DOC's motion to dismiss pursuing their immunity claims.

The issues which we presented were (a) Denial of due process of law, (b) Eighth Amendment violation, due to cruel and unsusual Punishment and, (c) violation of our rights under the American with Disability Act.   Currently we are in the Discovery proceedings, which I strongly beleive we can survive the DOC's upcoming summary judgment, base on th material base facts that the prolong isolation caused mental health issues.

## PROCEDURAL FACTS:

Counsel, this case came out of the class action in *Reid V. Wetzel, 18-cv-00176*, Where after decades of keeping the capital case prisoners under permanent solitary confinement causing us, physical and psychological harm.  The DOC had to settle the case to keep us from ascertaining discovery becuase we could have proven our claims of mental torture. However, they still changed the capital case permanent solitary confinement policy. Moreso, there were no mention of monetary and/or punitive damages. Keeping in mind, at that time the DOC's policy mandated that all capital case prisoner be kepted in automatic, permanent Solitary confinement,  until the death-

1

sentence was carried out and/or they die by natural death.  Since 2019, we were finally released from the solitary confinement and the DOC  finally provided us with our own prison population.

Counsel, once we ascertain the necessary discovery, we woud be able to establish beyond any dought, that spending decades under DOC policies of permanent solitary confinement caused us extreme psychological harm and they should be held financially liable for their continued constitutional violations.

There are so many similarly,  that now suffer from "hellucination, depression, helplessness, anxiety attacts and at time have attempted suicide, etc.  Among so many other mental health and physical injuries.

Please review the docket enteries in this case and if you are interested in taken on such represention, you will have six individuals that are willing to work with you and even settle the case if the price is fair. The case is ripe for you to represent us.  Also, keeping in mind that 30 plus other inmates filed their own civil complaints, which is why I really don't want to intertain any *class action representation* unless its absolutely necessary. If you review the report and recommendation, you will see that the Judge mentioned that we have not requested class action certificationnor appointment of counsel.

Thank You in advance for a prompt respond and attention.

Sincerely,

_____

George Ivan Lope, CZ-3198

2

GEORGE IVAN LOPEZ, CZ-3198
SCI-PHOENIX
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 19426

TO: Widerner University Commth. Law School          8/13/2022
C/O Christian A. Johnson,(Dean)
3800 Vartanway
P.O. Box 69380
Harrisburg, Pa. 17106-9380

Dear Esteem  Counsel,

May these words find you and yours in Good health.

Mr. Rauger, I am a capital case prisoner confined at the State Correctional Institution at Phoenix. I am currently a capital case legal aid. I filed a civil complaint against the DOC, at the Middle District of Pennsylvania, under docket No# 21-cv-1819. On 8/3/2022, two week ago the Chief Magistrate Judge in the case issued a very favorable Report and Recommendation to the claims in our favor. The magistrate  Judge denied the DOC's motion to dismiss pursuing their immunity claims.

The issues which we presented were (a) Denial of due process of law, (b) Eighth Amendment violation, due to cruel and unsusual Punishment and, (c) violation of our rights under the American with Disability Act.   Currently we are in the Discovery proceedings, which I strongly beleive we can survive the DOC's upcoming summary judgment, base on th material base facts that the prolong isolation caused mental health issues.

## PROCEDURAL FACTS:

Counsel, this case came out of the class action in *Reid V. Wetzel, 18-cv-00176*, Where after decades of keeping the capital case prisoners under permanent solitary confinement causing us, all types of physical and psychological harm.  The DOC had to settle the case to keep us from ascertaining discovery becuase we could have proven our claims.  But our lawyers droped the ball. However, they still changed the capital case permanent solitary confinementpolicy. However, there were no mention of monetary and/or punitive damages. Keeping in mind that at that time the DOC's policy mandated

that all capital case prisoner be kepted in automatic, permanent Solitary confinement, until the death-sentence was carried out or they die by natural death. However, Since 2019, we were finally released from the solitary confinement and provided us with our own prison population.

Counsel, once we ascertain the necessary discovery, we woud be able to establish beyond any dought, that the decades under DOC policies of permanent solitary confinement caused us extreme psychological harm and they should be held liable for their continued constitutional violations.

There are so many others that now suffer from "hellucination, depression, helplessness, anxiety attacts and at time attempted suicide etc. Among so many other mental health and physical injuries.

Please review the docket enteries in this case and if you are interested in taken on such representing, you will have six individuals that are willing to work with you and even settle the case if the price is fair. The case is ripe for you. Also, keeping in mind that 30 plus other inmates filed their own civil complaints, which is why I really don't want to intertain any *class action representation* unless its absolutely necessary. If you review the report and recommendation, you will see that the Judge mentioned that we have not requested class action certificationnor appointment of counsel.

Thank You in advance for a prompt respond and attention.

Sincerely,

_____

GEORGE IVAN LOPEZ, CZ-3198
SCI-PHOENIX
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 19426

---

TO: Temple University School of Law                              8/10/2022
C/O Gregory N. Mandel
1719 N. Broad Street
Philadelphia, Pa. 19122


Dear Esteem  Counsel,

        May these words find you and yours in Good health.

    Mr. Mandel, I am a capital case prisoner confined at the State Correctional Institution at Phoenix. I am currently a capital case legal aid. I filed a civil complaint against the DOC, at the Middle District of Pennsylvania, under docket No# 21-cv-1819. On 8/3/2022, two week ago the Chief Magistrate Judge in the case issued a very favorable Report and Recommendation to the claims in our favor. The magistrate  Judge denied the DOC's motion to dismiss pursuing their immunity claims.

    The issues which we presented were (a) Denial of due process of law, (b) Eighth Amendment violation, due to cruel and unsusual Punishment and, (c) violation of our rights under the American with Disability Act.   Currently we are in the Discovery proceedings, which I strongly beleive we can survive the DOC's upcoming summary judgment, base on th material base facts that the prolong isolation caused mental health issues.

## PROCEDURAL FACTS:

    Counsel, this case came out of the class action in *Reid V. Wetzel, 18-cv-00176*, Where after decades of keeping the capital case prisoners under permanent solitary confinement causing us, all types of physical and psychological harm.  The DOC had to settle the case to keep us from ascertaining discovery becuase we could have proven our claims.  But our lawyers droped the ball. However, they still changed the capital case permanent solitary confinementpolicy. However, there were no mention of monetary and/or punitive damages. Keeping in mind that at that time the DOC's policy mandated

that all capital case prisoner be kepted in automatic, permanent Solitary confinement, until the death-sentence was carried out or they die by natural death. However, Since 2019, we were finally released from the solitary confinement and provided us with our own prison population.

Counsel, once we ascertain the necessary discovery, we woud be able to establish beyond any dought, that the decades under DOC policies of permanent solitary confinement caused us extreme psychological harm and they should be held liable for their continued constitutional violations.

There are so many others that now suffer from "hellucination, depression, helplessness, anxiety attacts and at time attempted suicide etc.  Among so many other mental health and physical injuries.

Please review the docket enteries in this case and if you are interested in taken on such representing, you will have six individuals that are willing to work with you and even settle the case if the price is fair. The case is ripe for you.  Also, keeping in mind that 30 plus other inmates filed their own civil complaints, which is why I really don't want to intertain any *class action representation* unless its absolutely necessary. If you review the report and recommendation, you will see that the Judge mentioned that we have not requested class action certificationnor appointment of counsel.

Thank You in advance for a prompt respond and attention.


Sincerely,

_____

George Lopez, CZ-3198
P.O.B. 244
Ollegeville, PA. 19426
IN Re: 21-cv-1819

RECEIVED
SCRANTON
AUG 25 2022
PER
DEPUTY CLERK

Legal Mail

TO: Office of The Clerks
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bld.e
courthouse
235 North Washington Ave
P.O. Box 1148
Scraton, PA. 18501-1148