FILED
HARRISBURG, PA

DEC 02 2022

PER_____SH_____
DEPUTY CLERK

GEORGE IVAN LOPEZ, CZ-3198
SCI-PHOENIX
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 194216

**TO: U.S. DISTRICT COURT FOR**
**MIDDLE DISTRICT OF PENNSYLVANIA**        RE: Lopez V. Wetzel
**228 WLNUT STREET**                        3:21-CV-1819
**P.O. BOX 983**
**HARRISBURG, PA. 17108**

**Dear Clerk of Court,**

Please be advised that hereto attached you will find a copy of a correction made to page five (5) of the Supplemental claim to the above mention case, Plaintiff had left out exhibit B-1 through B-8, Please correct the original motion.

Defendants' copy has also been corrected for the clearity of the filing and fairness to all parties.

THANK YOU FOR YOUR TIME AND ATENTION

SINCERELY YOURS

*/s/ George Ivan Lopez/*
George Ivan Lopez, CZ-3198

Dated: 11/23/2022

cc. Defendant's Counsel
Ms. Kim Adams
served upon the defendants' counsel Kim Adams Via First Class Pre-paid Postage on this 23rd day of November, 2022

Sgt. Valdez, Co-Briscoe, Co-Gossner, and unit Manager Ms. Durand. See **Exhibits A-10-11-12.**

17. Plaintiff avers that through the next four months over 20 more complaints for retaliation were submitted to all named defendants, Central office; Deputies and Superintendent all to no avail, **Exhibits A-13-14-15.** countless of other complaints filed against Unit staff for false grievance reports, harassment, missing incoming legal mail coming from attorneys which Plaintiff Lopez wrote to for legal representation in this matter. see **Exhibits (A-13-14-15-16),** see all **Exhibit B-1** through **B-8.**

18. On 9/2/2022, Another grievance was filed against the defendants for the continued retaliation by the named and prior defendants. See **Exhibit (A-17).**

19. On 9/02/2022, Over 80-letters from all the capital case inmates complainting about Sgt. Valdez, CO-Briscoe, Co-Gossner and Unit Manager Ms. Durand were mailed to Defendants counsel Mrs. Kim Adam, Secretary Little, Superintendent Sorber, Superintendant Terra, all received letters that the Defendant Lisa Durand was again attempting to take away the Law Library slots to retaliate for the filing of the Lopez V. Wetzel, 3:21-CV-1819. See **Exhibit (A-18).**

20. On 11/4/2022, Plaintiff Lopez was moved from cell #1017 to #1035. Whereas For years, No-one is ever moved to that cell because the cell light stays on and illuminated 24-7, which the named defendnts intentially and maliciously moved Plaintiff Lopez to this cell. also from 11/4/2022, for the past two weeks. Plaintiff has been denied sleep, causing extreme depression, eye strain and anxiety attacks with thoughts of suicide., all caused by the move to this cell See **Exhibit (A-19).**

21. October 2022, Plaintiff Lopez was even denied a shower, claiming that it was policy, see Grievance No# 996691, see Exhibit (A-20), furthermore, the defendants have

5

Smart Communications/PADOC
SCI- Phoenix
Name George Lopez
Number CZ-3198
PO Box 33028 244
St Petersburg FL 33733
Collegeville, PA-19426

Legal Mail

In Re: 3:21-CV-1819

RECEIVED
HARRISBURG, PA
DEC 02 2022
PER _____
DEPUTY CLERK

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

To: U.S. District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108

1710 1 1714


neopost
11/29/2022
US POSTAGE $000.57
ZIP 19426
041M12252211