# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE LOPEZ, et al., | : | |
| | : | |
| Plaintiffs, | : | Civil No. 3:21-CV-1819 |
| | : | |
| v. | : | (CONNER, J.) |
| | : | (MEHALCHICK, M.J.) |
| JOHN E. WETZEL, *et al.,* | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 7th day of December, 2022, upon consideration of Defendants' Motion for Extension of Time to Respond to the Complaints, it is hereby ordered that said Motion is granted and the time for responding to the Complaint shall be extended until January 13, 2023.

BY THE COURT:

/s/ Christopher C. Conner

J.