IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| George Ivan Lopez, <br> and all Named Plaintiffs, | * <br> * <br> * | Case No#:3:21-CV-1819 |
| Vs. | * <br> * | JUDGE.CHRISTOPHER C. CONNER <br> M.J. KARALINE MEHALCHICK. |
| Secretary, John Wetzel, DOC, <br> Secretary, Jeffrey Beard (Retired) <br> Secretary Martin F. Horn (Retiared) <br> Lisa Durand,Unit Manager <br> Co-Briscoe, <br> Co-Gossner, <br> Sgt. Valdez. <br> Valarie Strunk. <br>           Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | FILED <br> HARRISBURG, PA <br> DEC 09 2022 <br> PER ___SH___ <br> DEPUTY CLERK |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs' moves this Honorable Court for a preliminary injunction for the reasons set forth below and in their supporting memorandum of Law :

1. There is a reasonable likelihood that the Plaintiffs' will prevail on the merits. Since the filing of the above caption matter the defendants have been retaliating against the Plaintiff Lopez for the exercise of their constitutional rights to access the court. All unethical and adverse conduct is to deter the Plaintiffs' from exercising their constitutional rights to access the Court and rights oto

1

litigatie their complaints.

2. The defendant have beendeliberately interferring with Plaintiff Lopez's incoming and out going legal mail, sending it back to the courts and attorneys, provoking the Plaintiff, so to send him to the restricted housing unit, where they will be limited his legal property, Issuing false misconduct report, refusing to feed some of the Plaintiffs; Making threats towards the Plaintiffs of Physical and mental injury. Sgt. Valdez, using the fact that her husband is in security Lt. to threaten the Plaintiff with tear-down of their cells, Placing Plaintiff Lopez, in a cell with the lights on 24-7 for five days, for no-reason whatsoever, other than to harass the Plintiffs. Attached you will find the grievances filed, among hundreds of letter send to the Defendants Counsels to intervene, even letters to this court requesting and defendants Counsel, Ms. Kelly Admas for intervention, see all attached exhibits in surport of the allegations being made herein. According to comments made by Sgt. Valdez, Co-Gosner, Co-Brisco, (" I cannot wait until the new governor come to office and start killing these muderrs, I hope one of the Bitcheas Plaintiff assault me, so that I can take a 6-month vocation and these assholes get luch the fack back down").

3. The threatened injuries to the Plaintiffs out weights any harm proposed injunction may cause defendants. The relief that the Plaintiff seek is an order compelling the defendants to cease all the abuse and retaliation mention above, and/or have the administration remove the bad apples in question that are retaliating and creating a hostile environrment, suchas. Unit Manager, Lisa

Durand, Sgt. Valdez, CO. Briscoe, CO-Gossner, which are the once causing all the abuse upon platiffs creating a hostile environment on the unit. Nevertheless the continuance retaliation agains the Plaintiffs. Also cease the Mental and domestic terrism, Racial discrimination under the color of state law among other harassment by the named and threats by the named defendants.

4. The Public interest will not be dissereved by a grant of a preliminary injunction and/or a Protect from Abuse order and/or temporated restraining order (TRO). To the contrary, the public interest is well served by protecting the constitutional rights of all its members, including prisoners, because Razor wire and concrete wall do not create any berriers between the prisoners and their constitution rights to be free from cruel and unusual punishment and free from retaliation just because the Plaintiffs' exercised their rights to access the court..

WHEREFORE. Plaintiff respectfully request that upon consideration of this motion and their supporting memorandum of law and Exhibits, this court enter an order compelling the defendants. Their successors, agants, employees, and all persons acting in concert with them to cease all the physical and mental abuse, retaliation, harassment upon the Plaintiff.

Respectfully Submitted

*George Ivan Lopez*

George Ivan Lopez, CZ-3198
1200 Mokychic Drive
Collegeville, Pa. 19426

Dated: 11/17/22