UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE IVAN LOPEZ, et al., <br><br> Plaintiffs <br><br> v. <br><br> JOHN E. WETZEL, et al., <br><br> Defendants. | CIVIL ACTION NO. 3:21-CV-1819 <br><br> (CONNER, J.) <br> (MEHALCHICK, M.J.) |

**CASE MANAGEMENT ORDER**

AND NOW, this 16th day of February, 2023, IT IS HEREBY ORDERED that the following case management deadlines are established in the above-captioned matter:

1. **Discovery.** All discovery shall be completed by April 17, 2023. The parties are reminded that the Court expects counsel to make all reasonable efforts to resolve discovery disputes without Court involvement, and that a conference with the Court should be initiated prior to any discovery motion being filed.

2. **Dispositive Motions.** All dispositive motions, together with supporting briefs, shall be filed by June 16, 2023.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**