IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE IVAN LOPEZ, et al., | : Honorable Christopher C. Connor |
| | : Honorable MJ Karoline Mehalchick |
| Plaintiff | : |
| v. | : No. 3:21-CV-1819 |
| JOHN WETZEL, et al., | : |
| Defendants | : Filed Via Electronic Case Filing |

**ORDER**

**AND NOW,** this 22nd day of February, 2023, upon consideration of the Defendants' Motion for Leave to Depose a Prisoner, it is hereby **ORDERED** that said Motion is **GRANTED**. The Defendants may depose George Lopez (CZ3198), Darien Houser (GL7509), Gerald Watkins (DD5212), Ralph Stokes (AY9034), Richard Poplawski (KB7354), Mark Spotz (DA4586), within the State Correctional System or by video conferencing.

BY THE COURT:

*Karoline Mehalchick*

Karoline Mehalchick
Chief Magistrate Judge