FILED
HARRISBURG, PA

FEB 23 2023

PER _____
DEPUTY CLERK

IN THE
# UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **George Ivan Lopez** et al., | : | No. 21-CV-1819 |
| *Plaintiffs,* | : | (Hon. Christopher Conner, D.J.) |
| v. | : | (Hon. Karoline Mehalchick, M.J.) |
| **John E. Wetzel** et al., | : | |
| *Defendants.* | : | § 1983 Civil Rights Action |

## Letter to Opposing Counsel

TO THE CLERK:

Please place this letter to opposing counsel on the docket.

Respectfully submitted,

_____        2/10/22
**Richard A. Poplawski**                Date
SCI Phoenix, #KB7354
1200 Mokychic Drive
Collegeville, PA 19426

---

**Certificate of Service**

I hereby certify that I have served a copy of this filing on counsel for the defendants via first-class U.S. Mail, on the date indicated above, at the following address:

**Kim Adams, Esq.**
PADOC Office of General Counsel
1920 Technology Parkway
Mechanicsburg, PA 17050

**RICHARD A. POPLAWSKI**
SCI Phoenix, #KB7354
1200 Mokychic Drive
Collegeville, PA 19426

Kimberly Adams, Esquire
PADOC Office of General Counsel
1920 Technology Parkway
Mechanicsburg, PA 17050

Tuesday, February 7, 2023

*Lopez et al. v. Wetzel*
#21-CV-1819 (M.D. Pa)

Esteemed Counselor:

Good day. I have received a letter from you (dated 12/29/2022) in which you claim that your office received a letter from me requesting production of documents.

But I have sent no such letter.

As pro se litigants, we plaintiffs are not legally permitted to represent each other. Any correspondence you may have received, or will receive, from any of my co-plaintiffs **must not** be treated as though any of us speak for any other. The only exceptions are documents that are explicitly marked as "joint" and accompanied by a joint signature page.

I intend to pursue discovery independently. That means I will be submitting separate requests for documents, interrogatories, requests for admissions, etc. under cover of my own letterhead. I have sent none yet.

Kindly stand by.

Yours Very Truly,

*[signature]*

Name: Poplawski
Number: KB7354
Box 244
Collegeville, PA 19426-0244

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

neopost
02/21/2023
US POSTAGE $000.60
ZIP 19426
041M12252211

RECEIVED
HARRISBURG, PA
FEB 23 2023
PER _____ DEPUTY CLERK

Clerk
U.S. Dist. Ct. for M.D. Pa.
228 Walnut St
Box 983
Harrisburg PA 17108

17106$2543 C770