IN THE UNITED STATES DISTRICT COURT
FOR THE ~~EASTERN~~ MIDDLE DISTRICT OF Pennsylvania

FILED
HARRISBURG, PA
FEB 24 2023
PER _____
DEPUTY CLERK

| | |
|---|---|
| George Lopez, et al., Plaintiff | Honorable Christopher C. Conner |
| v. | & |
| John Wetzel, et al., Defendants | Honorable MH Karoline Mehalchick |
| | NO. 21-CV-1819 |

## Plaintiffs' Notice to the Court
## AND Plaintiffs' Response to Defendants' First Set of Interrogatories

AND NOW Comes, Plaintiff Darien Houser, Pro Se, response to Defendants' first Set of Interrogatories, AND Plaintiff Notice to the Court And represents:

## Plaintiff Notice to the COURT

Plaintiff, is currently in the RHU, has completed his DC time, but Supt. Terra of SCI-Phoenix AND his Program review committee refuse to release him back to general Population under DC-ADM-7.5.1 policy And the Capital Case housing unit. Plaintiff, is currently being held in the RHU, under AC status for NO Penological Justification.

Plaintiff, initial misconduct charge And Placement in RHU was for DC-ADM 802 charges #22, #29, #40.

(1)

The record will reflect, that there was never any #22 Possession or use of a dangerous or controlled substance; #29. Engaging in, or encouraging unauthorized group activity; or #40 Unauthorized use of mail, kiosk, or telephone. Furthermore, this entire incident occurred outside of SCI-Phoenix, nothing never entered or arrived at this institution, AND (there were no drugs). May the record reflect that the aforementioned charges are not violent in nature.

After DC time was completed, I was issued a DC ADM 802 other charge DC-ADM 802 B.1.i; this charge cannot be applied to Capital Case Prisoners. On 1/26/23, I had the opportunity to talk with Reginal Deputy Secretary T. Furgerson, AND informed her that I was being held under the 802 B.1.i. policy after completing my DC time AND Supt. Terra, Deputy Hensley, Unit Manager J. Smith who were with her, that they refuse to return me back to the Capital Case housing unit AND release me.

The next day 1/27/23, I received another DC-Adm 802 B.1.a. other charge in retaliation of what was said to Mrs. Furgerson on 1/26/23. From a non violent charge, I am now being held under AC status, AND being denied release "Because I am a danger to myself and others." This was said by Deputy Hensley during a PRC Hearing.

(2)

## Plaintiff Respons To Defendants' First Set of Interrogatories AND ANSWERS

1. NO

2. Franklin Learning Center 15th & Mt. Vernon St, Received GED AND Associates degree in Philadephia County Prison System (State Road)

3. YES. Journal was destroyed by SCI-Greene Corrections staff in retaliation for filing Complaints, Grievances AND lawsuits against staff.

4. Yes, became much worst in CCU status. Medical And Psychiatric Records, including 90 day Review AND DC-15 documents would have to be Provided from 3/20/2004 to date from defendants.

5. YES, It's the Conditions I was housed under And is Currently occurring Since 11/18/22. for 71 days I was housed in total Isolation for NO less than 23-1 under extreme conditions.

6. NO, STAff refused to Provide appropriate treatment, Group Sessions etc. SCI-Greene, on Unit Psychiatric staff refuse to Provide treatment due to filing Complaints AND Grievances in 2017-2019

(3)

7. Unable to provide information without Medical, Psych, AND 90 day Review documents. Also records that came from Philadelphia Detention Center AND forward to D.O.C.

8. Photos, legal materials, Typewriter, television, radio, AND Tablet throughout the course of my incarceration, not all at one time.

9. Unable to provide information at this time. Do not have legal documents in my possession, the law library is insufficient and amounts to a room with one broke computer, no word processor, old broke down typewriter, no work station or legal books etc. It's not suitable to be called a library.

10. Plaintiffs in this lawsuit only.

11. Plaintiffs only, law library on Unit.

12. Need copies of grievance filed at SCI Greene (Discovery Issue).

13. See Item #12

14. Legal Documents not in my possession (also see item #12)

15. Question too broad

(4)

16. It would not be fair for me to Answer this Question without Appropriate documents. All did not change in 1/1/2018, AND Agreement has not been honored AND Executed as agreed upon in its entirety as written and agreed upon.

17. N/A See item #12

18. N/A See item #12

19. N/A See item #12

20. Have to discuss with counsel/N/A At this time, not in my possession.

Sincerely & Respectfully Submitted

Darien Houser #GL-7509
SCI-Phoenix - 1200 Mokychic Drive
Collegeville, PA 19426

Date: 2-20-23
Dear Clerk:
* Please file, Docket AND forward to All Parties Electronically

(5)

Smart Communications/PADOC
SCI- Phoenix
Name Darien Houser
Number GL-7509
P.O. Box 33028
1200 Mokychic Drive
St Petersburg FL 33733
Collegeville, PA 19426

RECEIVED
HARRISBURG, PA
FEB 24 2023
PER _____ DEPUTY CLERK

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

neopost
02/22/2023
US POSTAGE $000.60⁰

FIRST-CLASS MAIL
ZIP 19426
041M12252211

To: CLERK'S OFFICE
IN THE UNITED STATES DISTRICT COURT
For THE MIDDLE DISTRICT OF Pennsylvania
U.S. COURTHOUSE
228 WALNUT STREET
P.O. Box 983
Harrisburg, PA 17108

17108$0983 B011