FILED
HARRISBURG, PA

MAR 0 1 2023

PER ___JDL___
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George Ivan Lopez, | )( |
| Plaintiff, | )( Hon: Christopher C. Conner |
| Vs. | )( M.J. Karoline Mechalechick |
| | )( |
| | )( Case No: 3:21-cv-1819 |
| John Wetze, et al., | )( |
| Defendants. | )( |

## PLAINTIFF GERALD WATKINS RESPONSE
## TO DEFEDANTS INTERROGATORIES

Plaintiff Gerald Watkins, response to the Defendants Interrogatories Dated January 25th, 2023 as received on February 3rd, 2023.

### ANSWER

1. My Death Sentence has not been modified, vacated, or changed since its imposition in December of 1996.

2. Redundent, I already gave this information in an earlier filing.

3. Yes, it was throwed away by the Co's from SCI-Greene during a shakedown (cell-search) of the entire L-Block at SCI-Greene. I don't remember the exact date, but it happened After a sergeant from another Pennsylvania State Correctional Institution (SCI-Sumerset) was beaten to death by an inmate who stomped on him with timerland Boots. Which is why the Pa. DOC has banned inmates from having them. My Journal was thrown away during the shakedown.

4. As indicated in the Complaint, Plan to introduce Graig Haneys' Report as an, expert witness.

5. As indicated in the Complaint, Plan to introduce Graig Haneys' Report as an, expert witness

6. As indicated in the Complaint, Plan to introduce Graig Haneys' Report as an,

expert witness.

7. Redundant, I already gave this information in an earlier filing. In addition, I sent a number of request slips to the Psychologist and received no response.

8. Clothing, Food, personal hygiene products, photos, legal material, Television, watch, table lamp, tablet, footlocker etc.

9. Not Applicable.

10. Not Applicable.

11. Not Applicable.

12. Yes, I do not recall the exact date of each one.

13. Yes, I do not recall the exact date of each one.

14. Central office, Secretary John Wetzel.

15. Everything General Population can do *EXCEPT*, work in the hospital, kitchen (dictary) or correctional industries jobs, making towels, undershirts, sweatsuits etc... DOC told me I can't have any of those jobs even though through the settlement from January of 2018. by John Wetzel and the Capital Case Attorneys, Capital Case Inmates were told they are entitled to everything General Population is.

16. Refer to the answer in number 15.

17. Objection, the Defendants have not turned over *discovery*.

18. The Defendants are in possession of said documents (discovery).

19. The Defendants are in possession of said documents (discovery).

20. Objection, attorney/client privilege.

RESPECTFULLY SUBMITTED                                              DATE: 2/25/2023

*[signature]*

Gerald Watkins, DD-5212
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 19426

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George Ivan Lopez, | Hon: Christopher C. Conner |
| Plaintiff, | M.J. Karoline Mechalechick |
| Vs. | |
| | Case No: 3:21-cv-1819 |
| John Wetzel, et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, the undersigned hereby certify that on this 25th day of February, 2023, I have served a true and correct copy of the hereto attached respond to the Defendants innerrogatories, via First Class Mail, which service satisfy the Court requirements.

**FIRST CLASS MAIL:**

To: Ms. Kimberly Adams, ESQ.
1920 Technology Parkway
Mechanicsburg, Pa. 17050

RESPECTFULLY SUBMITTED

*(signature)*

Geral Watkins, DD5212
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 19426

1

G. Watkins
~~Smart Communications/PADOC~~
~~SCI~~ ND-5212
~~Name~~ Box 244
Collegeville, PA
~~Number~~ 194206-0244
~~PO Box 33028~~
~~St Petersburg FL 33733~~

RECEIVED
HARRISBURG, PA
MAR 01 2023
PER ___ZB2___
DEPUTY CLERK

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

Office Of The Clerk
UNITED STATES DISTRICT COURT
Middle District Of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

neopost
02/27/2023
US POSTAGE $000.60



ZIP 19426
041M12252211

17108$0983 B011