FILED
HARRISBURG, PA
MAR 0 2 2023
PER_____ stt
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George Ivan Lopez, | )( |
| Plaintiff, | )( Hon: Christopher C. Conner |
| Vs. | )( M.J. Karoline Mechalechick |
| | )( |
| | )( Case No: 3:21-cv-1819 |
| John Wetze, et al., | )( |
| Defendants. | )( |

**PLAINTIFF RALPH STOKES' RESPOND
TO DEFEDANTS INTERROGATORIES**

Plaintiff Ralph Stokes, response to the Defendants Interrogatories Dated January 25th, 2023 and as received onFebruary 3rd, 2023.

1. My Death Sentence has not been modified, vacated, or changed since its imposition in 1983.

2. Education, 10th Grade, Overbrook High School.

3. I have not.

4. As indicated in the Complaint, see §§ 119 thru 126., Plan to introduce Graige Haneys' Report, Psycholist and expert witness Dr. Jethro Toomer and Dr. Lawson F. Bernstin.

5. Plaintiff Stokes did not suffer from the currect mental issues which have worthing due to his three plus decades of solitary confinement.

6. All symptoms, Diagnoiss and treatment are in the sole possession of the Defendants, Both Medical and Psychological records.

7. Will introduce Craig Haney's and other Psychologist finding pertainning the aderse effect of Permanent solitary confinement. Mr. Stokes have not been accommendated for his mental issues for decades.

8. Repetitive.

9. I have two center-box of legal materials pertaining to my criminal case, one footlocker, one Television, two record center boxs of photo-alboms, under

clothing and cosmetic.

10. I have not filed any other lawsuits, nor am I part of any lawsuit.

11. No one has assisted me with my current lawsuit past or present.

12. No one has assisted me with my current lawsuit past or present.

13. I cannot recall Grievance number or dates, however the defendants are in the sole possession of these number or dates, However, the Defendants have refused to produce said discovery materials.

14. I do not recall the exact dates and grievances, but they are many filed and communications to all named defendants. These records are in the sole possession of the defendants.

15. I did write to the defendants in the pass and such documents are in the sole possession of the defendants, Wetzel, Beard, Horn.

16. I agree that the CCU-Policies did changed in January 2018, and changes were made to the CCU, upon which should had been maded decades ago and not wait until the settlement in Reid V. Wetzel, We were again locked down during the Covid-pandamic.

17. All supporting documentations and evident exist and are in the sole possession of the Defendants.

18. All supporting documents are evidence exist and are in the possession of the Defendants.

19. Plaintiff is still awaiting on the Defendants to produce the necessary and relevant discovery material in according with the Federal Rules of Civil Procedures. Also I have not attempted Suicide, but I have had thought of killing myself many times in the pass, due to feeling worthless.

20. Same as depicted above.

21. Objection, overbroad, vague, burdensome, document and materials in the possession of the Defendants.

RESPECTFULLY SUBMITTED                                         DATE: 2/25/2023

Ralph Stokes
RALPH STOKES, AY-9634
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 19426

SCI-Phoenix
Ralph Stokes, # AY-8034
P.O. Box-244
Collegeville, PA-19426

RECEIVED
HARRISBURG, PA
MAR 02 2023
PER SH
DEPUTY CLERK

To: United States
For The Middle D
Ronald Regan Feder
228 Walnut Stre
P.O. Box 983
Harrisburg, Pa.

Legal - Mail