FILED
HARRISBURG, PA

MAR 09 2023

PER _____
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George Ivan Lopez, | )( Hon: Christopher C. Conner |
| Plaintiff, | )( M.J. Karoline Mechalechick |
| Vs. | )( |
| | )( Case No: 3:21-cv-1819 |
| John Wetzel, et al., | )( |
| Defendants. | )( |

**PLAINTIFFS' MOTION SEEKING A STAY OF THE DEFENDANTS
DEPOSE AND DISCOVERY UNTIL THE COURT DECIDE THE
PLAINTIFFS' APPOINTMENT OF COUNSEL MOTION**

Now Comes, Plaintiffs' Lopez, Watkins, Stokes, Poplawski and Spotz, respectfully requesting this Honorable Court to *Stay* both the Defendants *Depose* and *Discovery* until the Court Decide the Pending motion for appointment of counsel and in support, the Plaintiffs' states as follow:

1. This case is very complex in nature; It requires extensive investigation which neither of the Plaintiffs would be able to conduct due to their incarceration, This case also would have conflicting credibilities, a Lawyer would better be able to cross examine the witnesses, see, Montgomary V. Pinchal, 294 F. 3d. 1492, 499 (3rd. Cir. 2002).

2. This Honorable Court via M.J. Karoline Mechalechick, issued a Report and

Recommendation Granting the Plaintiffs' complaint and denying the Defendants Motion to Dismiss. Furthermore, Honorable Christopher C. Conner adpoted the Eighth Amendment Claim and the ADA, claim but, denied the Fourtheenth Amendment claim. The Courts has found that the Plaintiffs, remaining claim had enough merits to survive the defendants motion to dismiss.

3. The Plaintiffs asserts that this Honorable Court, should take under consideration the facts laid out in the complaint and opposition brief, that; (1) The Plaintiffs' are not competent to try this case due to their mental Health issues; (2) Plaintiffs' cannot protect their own constitutional rights in any depose; (3) The Plaintiffs cannot conduct Pro se Discovery because the Defendants are refusing the Plaintiffs'discovery material. See, Farmer V. Hass, 990 F.2d 319, 322 (7th. Cir. 1993).

WHEREFORE: For the reasons set forth above, the Plaintiffs, Lopez, Watkins, Stokes, Poplawski and Spotz, respectfully request that this Court issue an order Granting this Motion to Stay the Depose and the Discovery until the Pending Motion for Appointment of Cousel is decided. Prayer for relief.

RESPECTFULLY SUBMITTED

*[signature]*

1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 19426
3/6/2023

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George Ivan Lopez, )( | Hon: Christopher C. Conner |
| Plaintiff, )( | M.J. Karoline Mechalechick |
| Vs. )( | |
| )( | Case No: 3:21-cv-1819 |
| John Wetzel, et al., )( | |
| Defendants. )( | |

## CERTIFICATE OF SERVICE

I, the undersigned hereby certify that on this 6th day of March, 2023, I have served a true and correct copy of the hereto attached motion for Stay Discovery and Depose until the Motion for Appointment of Counsel is decided. Service via First Class Mail, which service satisfy the Court requirements.

**FIRST CLASS MAIL:**

To: Ms. Kimberly Adams, ESQ.
1920 Technology Parkway
Mechanicsburg, Pa. 17050

RESPECTFULLY SUBMITTED

George Ivan Lopez
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 19426

George Ivan Lopez, CZ-3198
SCI-Phoenix
1200 Mokychuc Drive
Collegeville, PA. 19426
3:21-cv-1819

"Legal Mail"

RECEIVED
HARRISBURG, PA
MAR 09 2023
DEPUTY CLERK

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

neopost
03/07/2023
US POSTAGE $000.60

ZIP 19426
041M12252211

To: United States District Court
Middle District of Pennsylvania
U.S. Courthouse 228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108