UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE IVAN LOPEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN E. WETZEL, et al., <br><br> Defendants. | CIVIL ACTION NO. 3:21-CV-01819 <br><br> (CONNER, J.) <br> (MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 13th day of March, 2023, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that Lopez's motion for leave to file a supplemental new retaliation claim (Doc. 93) and motion to compel discovery (Doc. 101) are **DENIED**, and Plaintiffs' motion to stay discovery pending resolution of the motions for counsel (Doc. 120) is **GRANTED**.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**