IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE LOPEZ, et al.,
  Plaintiffs,  CIVIL NO. 3:21-CV-1819
   V.   (CONNER, J.)
JOHN E. WETZEL, et al., (MEHALCHICK, M.J.)
  Defendants.

Plaintiff Respond to Memorandum, Report AND Recommendation, Oral Deposition Motion AND Reconsideration for TRO/Preliminary Injunction Relief AND represents:

TO THE HONORABLE Judge or Judges of SAID COURT:

1) Plaintiff Darien Houser, STATES; when a civil action Complaint Consist of Medical and Mental Health disorders, Medical AND Mental Issues, AND Physical AND Emotional Pain AND Suffering, Such as in this case, It is Essential, Vital AND of most importance that Medical AND Psychiatric Records be Provided to Plaintiff In its Entirety or Counsel Must BE Appointed.

2) The Report AND Recommendation in the Above Captioned CASE, dated 3/13/23, Page 3, indicates that on February 3, 2023, Houser filed the "Motion For Preparation by way of Communication with other Plaintiff's in this Case, by way of legal Mail, U.S. Postal Mail Service (which would have to be AN Order by the COURT)

Pg. 1

DC-804
Part 1


Exhibit (A)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
1024226
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.




B. List actions taken and staff you have contacted, before submitting this grievance.




Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                                   Date

WHITE Facility Grievance Coordinator Copy     CANARY File Copy     PINK Action Return Copy
GOLDEN ROD Inmate Copy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*                    **Attachment 1-A**
Issued: 1/26/2016
Effective: 2/16/2016

Name: Darien Houser
Number: GL-7509
Box 244
Collegeville, PA 19426-0244

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

neopost
03/23/2023
US POSTAGE $000.60
ZIP 19426
041M12252211

To: Office of the Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA. 18501-1148

RECEIVED
SCRANTON
MAR 27 2023
PER _____
DEPUTY CLERK