## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE IVAN LOPEZ, et al.,

                Plaintiffs,

     v.

JOHN E. WETZEL, et al,

                Defendants.

CIVIL ACTION NO. 3:21-CV-1819

(CONNER, J.)
(MEHALCHICK, M.J.)

### ORDER

On March 2, 2023, Plaintiffs George Ivan Lopez, Gerald Watkins, and Ralph Stokes, filed Request for Admissions (Doc. 114); Response to Defendants Interrogatories (Doc. 115); Plaintiff Response to Defendants Interrogatories (Doc. 116); Plaintiff's First Set of Admissions (Doc. 117); and First set of Requests to Defendant (Doc. 118). Under the local rules, "[i]nterrogatories, requests for disclosures, requests for documents, requests for admissions, and answers and responses thereto shall be served upon other counsel and parties *but shall not be filed with the court*" unless authorized by the federal or local rules or an order of the Court. L.R. 5.4(b) (emphasis added). In the absence of a contemporaneous motion for relief under the Federal Rules of Civil Procedure, or any other rule or order authorizing filing, these discovery documents are improperly filed. *See* L.R. 5.4(c). Accordingly, the Clerk is **DIRECTED** to **STRIKE** these discovery documents (Docs. 114; 115; 116; 117; 118) from the record.

Dated: March 27, 2023

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**