FILED
HARRISBURG, PA

APR 24 2023

PER _____
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George Ivan Lopez, et al., | * Hon. Christopher C. Conner |
| Plaintiffs. | * Hon. M.J. Karoline Mechalechic |
| | * No: 3-21-CV-1819 |
| V. | * |
| John Wetzel, et al., | * Jury Trial Demanded |
| Defendants. | * |

**PLAINTIFFS' GOINT MOTION TO LIFT THE DISCOVERY STAY AND PROCEED WITH ALL MATTERS PENDING BEFORE THE COURT**

Now Comes, Plaintiffs' Gointly, respectfully request that this Honorable Court, lift the Stay regarding discovery, (Doc. 120), and allow the Plaintiffs' to proceed with discovery and all other matters pending before the Court, and in support state as follows:

Plaintiffs' filed a motion for appointment of cousel to represent them in the above caption matter, however, this Court denied this request for counsel. The Plaintiffs do not have any other choice but to attempt to litigate this matter without counsel at this time.

WHEREFORE, For the reason set forth above, Plaintiffs' gointly request that this Honorable Court Lift the discovery stay and proceed with all pending matters before the Court.

RESPECTFULLY SUBMITTED

*/s/ George Ivan Lopez*

GEORGE IVAN LOPEZ, CZ-3198
1200 MOKYCHIC DRIVE
COLLEGEVILLE PA. 19426

4/19/2023

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

George Ivan Lopez, et al.,          * Hon. Christopher C. Conner
               Plaintiffs.          * Hon. M.J. Karoline Mechalechic
                               * No: 3-21-CV-1819
        V.                              *
John Wetzel, et al.,               * Jury Trial Demanded
              Defendants.         *

CERTIFICATE OF SERVICE

I, the undersigned hereby certify that on this 19th day of April, 2023, I have served a true and correct copy of the hereto attached motion requesting the Court to **lift the discovery stay** and proceed with all pending matters before the Court, service by first class postage, pre-paid.

Attorney for Defendants
Kimberly Adams
1920 Technology Parkway
Mechanicsburg, Pa. 17050

                                   RESPECTFULLY SUBMITTED

                                   George Ivan Lopez, CZ-3198
                                   1200 Mokychic Drive
                                   Collegeville, Pa. 19426

SCI- Phoenix
Name George Ivan Lopez
Number #CZ-3198
PO Box 244

Collegeville, PA-19426-0244

Legal Mail

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

neopost
04/19/2023
US POSTAGE $000.60
ZIP 19426
041M12252211

To: United States District Court
For The Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

RECEIVED
HARRISBURG, PA
APR 2 4 2023
PER _____
DEPUTY CLERK

17108$0983 B011