**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

GEORGE LOPEZ, et al.,

                Plaintiffs,

    v.

JOHN WETZEL, et al.,

             Defendants.

CIVIL ACTION NO. 3:21-CV-1819

(CONNER, J.)
(MEHALCHICK, M.J.)

## <u>ORDER</u>

**AND NOW**, this 3rd day of May, 2023, **IT IS HEREBY ORDERED** that plaintiffs' motion to lift stay (Doc. 131) is **GRANTED.**[1]

BY THE COURT:

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**

---

[1] On March 13, 2023 this court granted a stay pending the resolution of the motion of appointment of counsel. On, March 31, 2023 the district court adopted the report and recommendation of this court and denied the plaintiffs' motion to appoint counsel.