# RICHARD A. POPLAWSKI

SCI Phoenix, #KB7354
P.O. Box 33028
St. Petersburg, FL 33733

---

**Kim Adams, Esq**.                                            Tuesday, September 12, 2023
1920 Technology Parkway
Mechanicsburg, PA 17050

Re: *Lopez et al. v. Wetzel et al.,*
21-CV-1819 (M.D. Pa.)

Esteemed Counselor:

Yesterday, Sept. 11, 2023, I received your recent letter (dated Aug. 30) seeking responses to your interrogatories and requests for production of documents.

I have indeed received your documents and am, in good faith, doing my best to respond to them. Many of your interrogatories and requests would be best addressed once I obtain certain medical and mental health records from the custodians at SCI Phoenix. Some of the initial resistance we encountered in this endeavor seems to be abating somewhat. Work on that continues.

By way of further explanation, it has been a little harder of late gaining access to the busy word-processing desktop on the CCU. Additionally, I am at a critical part of the post-conviction proceedings in my capital case and have been working hard to bring two new appointed attorneys up to speed. I *may* need to move the federal court here to extend the discovery deadlines.

Thank you for your patience in dealing with severely mentally disordered, indigent pro se litigants. Had the defendants not held me for so long in mind-obliterating solitary confinement, I would perhaps be more competent to handle this case on par with highly educated and experienced attorneys, such as yourself and those in your office.

And I can't help but respectfully observe that, had you not so firmly opposed our request for appointment of counsel, I might have professional help at this sensitive juncture, and my responses would be complete by now. As it stands, we continue to seek counsel on our own.

In any event, I remain committed to persevering and prosecuting this important case.

Truly Yours,

FILED
HARRISBURG, PA

SEP 2 5 2023

PER
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **George Lopez** et al., | : | No. 21-CV-1819 |
| Plaintiffs, | : | (Hon. Karolina Mehalchick, M.J.) |
| v. | : | (Hon. Christopher C. Conner, D.J.) |
| **John Wetzel** et al., | : | |
| Defendants. | : | § 1983 Civil Action |

**Letter to Opposing Counsel**

TO THE CLERK:

Please place this letter to opposing counsel (re: discovery requests) on the docket.

Respectfully submitted,

9/14/23
Date

**Richard A. Poplawski**
SCI Phoenix, #KB7354
1200 Mokychic Drive
Collegeville, PA 19426

Smart Communications/PADOC

SCI- Phx

Name Poplawski

Number KB2354

PO Box 33028

St Petersburg FL 33733

9200 Old York Rd
College PA 19426

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

RECEIVED
HARRISBURG, PA
SEP 25 2023
PER _____
DEPUTY CLERK

Clerks
U.S. Dist. Ct. M.D. Pa.
228 Walnut St
Box 983
Harris
171089608 cooo PA 17108

neopost
09/15/2023
US POSTAGE $000.63

FIRST CLASS MAIL

ZIP 19426
041M12252211