FILED
HARRISBURG, PA
OCT 04 2023
PER _____
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **George Lopez** et al., Plaintiffs, v. **John Wetzel** et al., Defendants. | No. 21-cv-1819 (Hon. Karoline Mehalchick, M.J.) (Hon. Christopher C. Conner, D.J.) § 1983 Civil Action |

# Renewed Motion for Appointment of Counsel

This Honorable Court has already considered and denied a request for appointment of counsel. That was before Plaintiff Lopez went blind. In light of this new development, the plaintiffs implore this Court to look anew on their request:

**1.** On August 22, 2022, the plaintiffs filed a joint motion for appointment of counsel.

**2.** On March 23, 2023, the Hon. Magistrate Judge Karoline Mehalchick recommended denying the plaintiff's request; the Court adopted the magistrate's recommendation.

**3.** In the ensuing months, Lead Plaintiff's George Lopez's eyesight has been steadily but sharply deteriorating as the defendants have refused to treat his progressive glaucoma.

**4.** Lead Plaintiff George Lopez is now legally blind. *See* ex. A.

**WHEREFORE**, as these new developments bear heavily on the plaintiffs' ability to litigate, this Court should hear this *renewed* motion for appointment of counsel, and should seek attorneys to represent the plaintiffs.

Respectfully submitted,

_George Lopez_ (signature)                                                9/28/2023
**George Lopez**                                                                    **Date**
SCI Phoenix, #CZ3198
1200 Mokychic Drive
Collegeville, PA 19426

### Certificate of Service

I certify that I have served a copy of this motion on counsel for the defendants, via first-class U.S. Mail (prepaid), at the following address:

Kim Adams, Esq., PADOC Office of General Counsel, 1920 Technology Parkway, Mechanicsburg, PA 17050

George Ivan Lopez, #CZ-3198
SCI-Phoenix
1200 mokychic Drive
Collegeville, PA 19426

Re: 3:21-cv-1819

"Legal Mail"

To: U.S. Dist.
Middle Dist. o
226 Walnut s
P.O. Box 983
Harrisburg, PA