GEORGE IUVAN LOPEZ, CZ-3198
SCI-PHOENIX
1200 MOKYCHIC DRIVE
COLLEGEVILE, PA. 19426

```
          FILED
     HARRISBURG, PA
       OCT 11 2023
PER _____SH_____
         DEPUTY CLERK
```

TO: Clerk of Court
 United States District Court for
the Middle District of Pennsylvania

Re: Lopez V. Wetzel, 3:2-cv-1819

Dear Clerk,

Please be advised that I requested a copy of the Docket entry in the above caption matter, from Marh 2023 through current date and I attached a pre-paid self-address envelope and a chech to cover the copies. And I am yet to receive the docket entry.

Also, note that I filed a Motion to drop three of the Plaintiff, which I have not heard anything on that matter either."attached is another copy for the records" Please confirm receipt of same.

Lastly, I Also submitted an Emergency Motion regarding Discovery, Can you please confirm that it arrived. Please note that all these matters are time sensitive due to having a due date to close discovery at the end of this month. Your Prompt respond is greatly appreciated.

Thank You
Sincerely Yours

*[signature]*
George ivan Lopez.cz-3198
10/1/2023

SCI- Phoenix
Name George Lopez
Number # CZ-3198
PO Box 244
Collegeville, PA. 19426-0244

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL
10/03/2023
US POSTAGE $000.63
ZIP 19426
041M12252211
FIRST-CLASS MAIL

RECEIVED
HARRISBURG, PA
OCT 11 2023
PER _____ DEPUTY CLERK

To: Clerk of Court.
U.S. Dist. Ct. For The
Middle District of PA.
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17106

17108±0983 0000