IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE LOPEZ, *et al.*, | : |
| Plaintiff, | : Civil Action No. 3:21-CV-1819 |
| v. | : Judge Connor |
| | : Magisterial Judge Mehalchick |
| JOHN WETZEL, *et al.*, | : |
| Defendants | : |

## ORDER

AND NOW, this 13th day of October, 2023, upon consideration of the Corrections Defendants' *MOTION TO EXTEND DEADLINES SET FORTH IN April 24, 2023 ORDER*, it is hereby ordered that the Motion is GRANTED. All deadlines in the April 24, 2023, Order are extended by a period of three (3) months.

BY THE COURT:

*Karoline Mehalchick*
_____
J.