UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE IVAN LOPEZ, et al., | |
| Plaintiffs | CIVIL ACTION NO. 3:21-CV-1819 |
| v. | (CONNER, J.) |
| JOHN E. WETZEL, et al., | (MEHALCHICK, M.J.) |
| Defendants. | |

**ORDER**

**AND NOW**, this 16th day of October, 2023, **IT IS HEREBY ORDERED** plaintiff Darien Houser's motion for extension of time (Doc. 144) is **DENIED AS MOOT.**[1]

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**

---

[1] On October, 13, 2023, this court granted the defendants' motion for extension of time to complete discovery (Doc. 141).