George Ivan Lopez, CZ-3198
SCI-Phoenix
1200 Mokychic Drive
Colegeville, Pa. 19426
10/24/2023

FILED
HARRISBURG, PA
OCT 31 2023
PER _____
DEPUTY CLERK

TO: U.S. Dist. Court for
the Middle District of Pa.
228 Walnut Street
P.O.Box 983
Harrisburg, Pa. 17108

In Re: Lopez V. Wetzel, 3:21-cv-1819

"Notificate to the Court"

Dear Chief Clerk of Court,

Please be advised that I am given actual notice to this Court, **not to accept** any filing pleadings and/or motions in this case by Plaintiff Darien Houser. Base on the facts set forth in the attached motion seeking to have Mr. Houser removed from the case for the reasons set forth thereof. There may be a attempt to sabotage the case by Mr. Houser, because he is being requested to be removed from the case. See Motion pursuant to Rule of Federal Civil procedure 21. To prevent further infractions in this case.

Thank You,

Sincerely Yours
George Ivan Lopez, CZ-3198

cc. File

~~Inmate Communications/PADOC~~

SCI- Phoenix

Name George Lopez

Number CZ-3148

PO Box ~~1808~~ 244

~~Pittsburg Pa 15101~~

Collegeville, PA. 19426-0244

Legal and confidential

RECEIVED
HARRISBURG, PA
OCT 31 2023
PER _____
DEPUTY CLERK

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

neopost
10/25/2023
US POSTAGE $000.63⁰

25 OCT 2023

ZIP 19426
041M 12252211

TO: United States District Court For
the Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

17108-098383