George Julen Lopez CZ-3198
1200 Mokychue Drive
Collegeville, PA 19426

To: Clerk of Court
U.S. Dist. Ct. for the Middle
Dist. of PA.

10/13/2023

Dear Clerk of Court

In Re: Lopez vs. Wetzel
3:21-cv-1819.

Please be Advised That This is my Third Request for a copy of my Docket Entry. From March 1st Through current Date. Attached you will find a check for $3.00 for The cost of The Docket statement and postage.

Thank you

Sincerely

George Julen Lopez
CZ-3198, SCI-Phoenix

FILED
HARRISBURG, PA
NOV 02 2023
PER _____ DEPUTY CLERK

Smart Communications/PADOC

SCI- Phoenix

Name George Lopez

Number CZ-3198

PO Box ~~33028~~ 244

~~St Petersburg FL 33733~~
Collegeville, PA 19426

RECEIVED
HARRISBURG, PA
NOV 02 2023
PER _____ DEPUTY CLERK

neopost
10/26/2023
US POSTAGE $000.63⁰
FIRST-CLASS MAIL
ZIP 19426
041M12252211

TO: United States District Court For
the Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

17108$0983 B011