George Ivan Lopez, CZ-3198  10/15/2023
1200 Mokyc Drive
Colleville, Pa. 19426

TO: Clerk of Court of the
Middle District of Pa.
228 Walnit Street
P.O. Box 983
Harrisburb, Pa. 17106

                IN Re: Lopez V. Wetzel
                3:21-cv-1819

Dear Clerk of Court

   Please be adviced that **I/we** strongly believe that the Department of Corrections are intentionally interferring with our access to the court, base i.e. out going legal mail and state the following in support thereof:

   (a) On September 22. 2023, I submitted a Motion seeking leave pursuant to Rule of federal procedure Rule 21.

   (b) On 9/28/2023, I submitted A Motion Seeking Appointment of Counsel.

   (c) On 10/5/2023, I submitted a Motion seeking leave of court to depose three defendants.

   (d) I also filed a motion seeking a continuance of the !0/18/2023, Final deadline discovery date, and that too isunknown if it made it out of the institution.

(c) Since 8/2023 through 10/2023 I have requested Copies of my Docket Entry Statement from March 2023 through current day, a check for two and three dollars have been also sent for the copies of the document statement and I am yet to receive any confirmation from the Court. I also wrote to Defendants Counsel Ms. Kim Adams, provided copies of the above mentioned matters, and that to has gone on deaf ears.

Prior to address both the Judges in this case, can you please provide me with confirmation whether or not any of these filing arrived in this court. I have attached a copy of all the Filing, with their Certificate of service as proof of service.

Thank You in adavnce for a Prompt Respond

Sincerely Submitted

_____
George Ivan Lopez, CZ-3198

I, the undersigned, hereby certisfy that a true and Correct copy of the attached letter to the clerk of court and copies of all previously filed pleadings have been provided to the clerk of court pursuant to 18 Pa. U.S.C. §4909. Service via Certify postage, which will satisfy the courts requirement.

Sincerely Submitted

_____
George Ivan Lopez, CZ-3198
10/15/2023

Smart Communications/PADOC

SCI- Phoenix

Name George Lopez

Number CZ-3198

PO Box ~~33028~~ 244

~~St Petersburg FL 33733~~
Collegeville, PA 19426

RECEIVED
HARRISBURG, PA
NOV 02 2023
PER _____ DEPUTY CLERK





neopost
10/26/2023
US POSTAGE $000.63⁰
FIRST-CLASS MAIL

ZIP 19426
041M12252211

TO: United States District Court For
the Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108