

November 15, 2023

Magistrate Judge Martin C. Carlson
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

    Re:    Lopez et al. v. Wetzel et al.
             Civil No. 3:21-cv-1819
             Status Report

Dear Judge Carlson:

    Please accept this letter as Defendants response to docket entry numbers 135 and 150, Plaintiffs Lopez, Poplawski and Watkin's Motions to Sever Plaintiffs Uderra, Houser and Stokes from action number 3:21-cv-1819 and place those Plaintiffs under their own case number.

    Defendants do not have a position on this matter, as it appears to be a dispute between the Plaintiffs.

    If you have any further questions or concerns, please feel free to contact me directly.

                                                  Respectfully,

                                                  *Kim Adams*

                                                  Kim Adams
                                                  Assistant Counsel

Department of Corrections | Office of Chief Counsel
1920 Technology Parkway | Mechanicsburg, Pennsylvania 17050
717.728.7763 | www.cor.pa.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE LOPEZ, et al., | : |
| | : |
| Plaintiffs, | : Civil No. 3:21-CV-1819 |
| | : |
| v. | : (CONNER, J.) |
| | : (CARLSON, M.J.) |
| JOHN E. WETZEL, *et al.*, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that I am this day depositing in the U.S. mail a true and correct copy of the foregoing Status Report Correspondence upon George Lopez (CZ3198), Darien Houser (GC7509), Gerald Watkins (DD5212), Ralph Stokes (AY9034), and Richard Poplawski (KB7354), at Smart Communications/PA DOC, SCI Phoenix, PO Box 33028, St. Petersburg, FL 33733. Jose Uderra, 687 E. Philadelphia Street, York, PA 17403.

/s/ Am Russell
Amy Russell
Legal Office Administrator I
Pennsylvania Department of Corrections
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA  17050
(717) 728-7763

Dated:  November 15, 2023

Department of Corrections | Office of Chief Counsel
1920 Technology Parkway | Mechanicsburg, Pennsylvania 17050
717.728.7763 | www.cor.pa.gov