# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE LOPEZ, et al.,** | : | **Civil No. 3:21-CV-1819** |
| | : | |
| Plaintiffs | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **JOHN WETZEL, et al.,** | : | **(Magistrate Judge Carlson)** |
| | : | |
| Defendants | : | |

## MEMORANDUM ORDER

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

This is a *pro se* prisoner civil rights action brought by eight inmates held by the Department of Corrections challenging what they allege was unconstitutionally prolonged and severe solitary confinement by corrections staff. (Doc. 1). On November 10, 2023, this case was referred to the undersigned for case management.

Upon review, we noted that there were a number of motions pending in this case, including a motion to file a supplemental exhibit in support of a request for appointment of counsel. (Doc. 153). This motion is GRANTED in that we will consider this information when addressing the pending request for appointment of counsel. We will address the request for appointment of counsel through a separate order.

So ordered this 28th day of November 2023.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
