# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE LOPEZ, et al.,** | : | Civil No. 3:21-CV-1819 |
| | : | |
| Plaintiffs | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **JOHN WETZEL, et al.,** | : | (Magistrate Judge Carlson) |
| | : | |
| Defendants | : | |

## MEMORANDUM ORDER

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

This is a *pro se* prisoner civil rights action brought by six inmates held by the Department of Corrections challenging what they allege was unconstitutionally prolonged and severe solitary confinement by corrections staff. (Doc. 1). On November 10, 2023, this case was referred to the undersigned for case management.

Upon review, we noted that there were a number of motions pending in this case, including a motion filed by an inmate plaintiff, George Lopez, requesting a conference regarding some otherwise undescribed and undefined discovery issues. (Doc. 137). With respect to this motion, IT IS ORDERED that the motion is GRANTED in part, in that Lopez is GRANTED leave to file a motion to compel on or before **December 11, 2023,** specifically outlining any alleged discovery failures

by the defendants, along with a brief in support of the motion to compel. The defendants will respond to any motion to compel within 14 days.

So ordered this 28th day of November 2023.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge