FILED
HARRISBURG, PA

DEC 07 2023

PER _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE LOPEZ, et al., : | |
| : | |
| Plaintiffs, : | Honorable Christopher C. Conner |
| : | Honorable MH Karoline Mehalchick |
| v. : | |
| : | No. 3:21-cv-1819 |
| JOHN WETZEL, et al., : | |
| : | |
| Defendants : | |

## EMERGENCY NOTICE TO THE COURT

### TO: THE HONORABLE JUDGES OF SAID COURT

**AND NOW COMES,** Plaintiff, Darien Houser, in the above captioned civil action, emergency notice to the court and represents:

On or about November 21, 2023, Plaintiff received a copy of a letter from Kim Adams, assistant Counsel Dated November 15, 2023, address to the Honorable Judge Carlson, in reference to (doc. 135) and (doc. 150), Plaintiff's Lopez, Poplawski and Watkin's Motion to sever Plainitff's Uderra, Houser, and Stokes from the above captioned civil action and place those Plaintiff's under their own case number. Upon receipt of the letter addressed to this court, I spoke with Plaintiff's Poplawski and Watkins, who informed me that they did not partake, give permission or had anything to do with Plaintiff Lopez Motion to Sever Plaintiff Darien Houser or any other Plaintiff in this case and did not approve of his actions. This case and court proceedings have come too far too allow anyone to disrupt this case and use the court to assist Mr. Lopez in his attempt to receive financial gain from other Plaintiff's because thet are not able to litigate a claim

1

that involves mental health on their own.   Plaintiff Lopez believes that because his name is captioned in the above civil action complaint, it's his case and demands to receive financial gain from Plaintiff's who are unlettered and do not understand the law to the degree to litigate this case on their own. Plaintiff Darien Houser, objects to being removed from this case and request that this court grant Mr. Lopez the opportunity to remove himself if he desires from this case if he choose to do so. Mr Lopez allegations that has been presented to the court are falsehood, and simply not Plaintiff desire or request to be removed from this case. I personally wish for this case to proceed as deemed appropriate by this Court.

I, *Darien Houser*, declare that the contents of this document are true and correct to the best of my remebrance and belief pursuant t o 28 U.S.C. § 1746 under the law of penalty of perjury.



Respectfully and Sincerely Submitted,

Darien Houser #GL-7509
SCI-PHOENIX
1200  Mokychic Drive
Collegeville, Pa. 19426

2

Name: Darien Housed
Number: GL-7509
Box 244
Collegeville, PA 19426-0244

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

12/04/2023
US POSTAGE $000.63
ZIP 19426
041M12252211

RECEIVED
HARRISBURG, PA
DEC 07 2023
PER_____ DEPUTY CLERK

To: OFFICE OF THE CLERK
United States District Court.
Middle District of Pennsylvania
Sylviah H. Rambo United State Court House
1501 North 6th Street, Suite 101 ~~Court House~~
Harrisburg, PA 17102