IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE LOPEZ, et al., :
:
    Plaintiffs, : Honorable Christopher C. Conner
: Honorable MH Karoline Mehalchick
v. :
: No. 3:21-cv-1819
JOHN WETZEL, et al., :
:
    Defendants :

FILED
HARRISBURG, PA
DEC 08 2023
PER _____
DEPUTY CLERK

## EMERGENCY NOTICE TO THE COURT

### TO: THE HONORABLE JUDGES OF SAID COURT

**AND NOW COMES,** Plaintiff, Ralph Stokes in the above captioned civil action, emergency notice to the court and represents:

On or about November 21, 2023, Plaintiff received a copy of a letter from Kim Adams, assistant Counsel Dated November 15, 2023, address to the Honorable Judge Carlson, in reference to (doc. 135) and (doc. 150), Plaintiff's Lopez, Poplawski and Watkin's Motion to sever Plainitf's Uderra, Houser, and Stokes from the above captioned civil action and place those Plaintiff's under their own case number. Upon receipt of the letter addressed to this court, I spoke with Plaintiff's Poplawski and Watkins, who informed me that they did not partake, give permission or had anything to do with Plaintiff Lopez Motion to Sever Plaintiff Ralph Stokes or any other Plaintiff in this case and did not approve of his actions. This case and court proceedings have come too far too allow anyone to disrupt this case and use the court to assist Mr. Lopez in his attempt to receive financial gain from other Plaintiff's because thet are not able to litigate a claim

1

that involves mental health on their own. Plaintiff Lopez believes that because his name is captioned in the above civil action complaint, it's his case and demands to receive financial gain from Plaintiff's who are unlettered and do not understand the law to the degree to litigate this case on their own. Plaintiff Ralph Stokes, objects to being removed from this case and request that this court grant Mr. Lopez the opportunity to remove himself if he desires from this case if he choose to do so. Mr Lopez allegations that has been presented to the court are falsehood, and simply not Plaintiff desire or request to be removed from this case. I personally wish for this case to proceed as deemed appropriate by this Court. I am very disappointed about his actions and behavior.

I, __Ralph Stokes__, declare that the contents of this document are true and correct to the best of my remebrance and belief pursuant to 28 U.S.C. § 1746 under the law of penalty of perjury.

Respectfully and Sincerely Submitted,

_Ralph Stokes_
Ralph Stokes #AY-9034
SCI-PHOENIX
1200 Mokychic Drive
Collegeville, Pa. 19426

2

Name: Ralph Stokes
Number: AY-9034
Box 244
Collegeville, PA 19426-0244

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

neopost
12/05/2023
US POSTAGE $000.63⁰
FIRST-CLASS MAIL
ZIP 19426
041M12252211

Office of the Clerk
United States District Court
Middle District of Pennsylvania
Sylvia H. Rambo, United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA. 17102

LEGAL MAIL
RECEIVED
HARRISBURG, PA
DEC 08 2023
PER _____
DEPUTY CLERK

17102$1109 C028