FILED
HARRISBURG, PA

DEC 19 2023

PER ⟨signature⟩
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George Ivan Lopez, ) | Case No#. 3:21-cv-1819 |
| Plaintiff, ) | Hon. Chistopher C. Conner |
| Vs. ) | Hon. M.J. Martin Carlson |
| John Wetzel, et al., ) | |
| Defendants. ) | |

Response To The This Courts
November 28, 2023, Order to Show Cause

Now Comes, Lead Plaintiff, Through a fellow inmate, Wayne Smith assisting lead plaintiff with this Timely respond to the Court's November 28, 2023 Court Order. Lead Plaintiff States the Following Material Base facts in support of the Granting of the requested Severance Motion.

1. Lead plaintiff George Lopez, Asserts that on November 7th, 2023, he had a Telephone Conference call with Defendants Counsel Kim Adams. Upon which Counsel made it very clear that she had no position regarding the severance motion, nor would she oppose it.

2. During this same conference call Ms. Adams informed this leafd plaintiff, that she intended to file seperate Summary Judgment to all Plaintiff, because all Plaintiffs having different mental health issues. which Requires Counsel to file seperate Summary Judgment.

3. This Lead plaintiff has incurred the full cost of litigation fees, has incurred the full cost of discovery materials, for all other four plaintiff. As also incurred full cost of material for the litgation, conducted 90 % of the research, purchasing cases needed for the litigation. This is unfair and unjust. Lead Plaintiff has prepared 95% of the motion for Houser, Stolkes and Watkins. Plaintiff Poplawski, which has filed his own pleadings. Lead plaintiff should not be the sole person carrying the full load and representing the other four plaintiff. Jose Uderra is in the free world and has no communicate with the lead plaintiff, Darien Houser, Ralph Stokes, has opposes the severance motion base on th facts that now they would have to litigate their own claims. With this requested severance the full

B

burden of their own litigation will fall on them and not just on a Blind Plaintif,

4. Plaintiff Poplawski and Watkins agree to the severance and will be motioning the court as such.

5. lead Plaintiff argue that he is not an attorney, and should not be forced to litigate and assume the full cost of litigation for all other plaintiffr. Now Plaintiff is currently legally blind, and has to request assistant from other inmates just to be able to file his own pleadings in this court.

6. Lastly, due to all the above named issues, Such has created an irreparable dispute and conflict between the plaintiffs which can and compremise the complaint and further burden the Court, bringing forth unnecesary delayes and unjust financial burden on the lead plaintiff. Upon which can jeoperdize the whole court proceedin.

**Wherefore: For the reasons set forth above, Lead Plaintiff, in the interest of Justice and fairness. respectfully request that this Honorable Court Grant the lead Plaintiff's Motion to sever the plaintiffs, and grant each of the plaintiff with their own case number, and grant this blind lead plaintiff his motion for appointment of counsel so that he can further his complaint even if the appoint counsel is temporary.**

]Respectfully Submitted

George Ivan Lopez, CX3198  
1200 Mokychic Drive  
Collegeville, Pa. 19426  
Dated: 12/ 8/2 023

Wayne Smith, CU0529  
1200 Mokychic Drive  
Collegeville, Pa. 19426  
Dated: 12/ 8/2023

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George Ivan Lopez, | : Case No#. 3:21-cv-1819 |
| Plaintiff, | : Hon. Chistopher C. Conner |
| Vs. | : Hon. M.J. Martin Carlson |
| John Wetzel, et al., | : |
| Defendants. | : |
| | : |

## CERTIFICATE OF SERVICE

I, The undersigned, hereby certify that on this 8th day of December, 2023, I have served a true and correct copy of the timely respond to this Court November 28th Court Order to Show cause on the Defendant's attorney, via First Class pre-paid postage, which service satisfy the Courts Requirement.

**FIRST CLASS:**

U.S. Dist. Ct. For the
Middle District of Pa.

Kim Adams Esq.
1920 Technology Parkway
Mechanicsburg, Pa. 17050

Respectfully Submitted

George Ivan Lopez, CZ-3198
1200 Mokychic
Collegevile, Pa. 19426
Date: 12/6/2023

1

SCI- Phoenix
Name George I. Lopez
Number C23198
PO Box 244
Collegeville PA-19426-0244

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

neopost
12/11/2023
US POSTAGE $000.63⁰

FIRST-CLASS MAIL
ZIP 19426
041M12252211

RECEIVED
HARRISBURG, PA
DEC 19 2023
PER _____ DEPUTY CLERK

To: United State District Court
228 Walnut street
P.O. Box 983
Harrisburg, PA. 17108-0244

17108$0983 B011

"Legal & confidential mail"