IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George Ivan Lopez, ) | Case No#. 3:21-cv-1819 |
| Plaintiff, ) | Hon. Chistopher C. Conner |
| Vs. ) | Hon. M.J. Martin Carlson |
| John Wetzel, et al., ) | |
| Defendants. ) ) | |

FILED
HARRISBURG, PA

DEC 19 2023

PER ⟨signature⟩
DEPUTY CLERK

## Notification to the Court

Now Comes, Lead Plaintiff, George Lopez, (through Inmate Wayne Smith), and files this Notification to the Court that he is unable to comply with the Court's November 28th, 2023 Order. Instructing the plaintiff Lopez to file a motion, to compel discovery.

1. Unfortunately Plaintiff Lopez, is unable to comply with this Order; base on material facts that plaintiff is currently blind due to Glucoma and/or cataracts. Which has the Plaintiff in a state of blindness. Brought on by a failure of the Department of Corrections Medical to treat these conditions.

2. Plaintiff Lopez hasall of the available documents to support any and all claims that the Defendants' Counsel has refused to plaintiff, the various grievances he filed, pertaing to his prolong confinement in a L-5 Housing Unit (commonly referred to as solitary confinement) dating from 2000. However, Plaintiff cannot see to find the correct documentation in his files, due to the above mention medical problems.

3. Plaintiff Had made repeated attempts ("on at least 12-different occasions") for the defendants to make these documents available to him, to no avail.

WHEREFORE: for the reasons set forth above, Plaintiff Lopez begs this Court's indulgence, to stay its November's Order, until an Attorney is appointed to assist the Plaintiff. Since, based on his medical condition, its phtsically out of the

Plaintiff's abilities and control to comply with this Honorable Court's Order. Plaintiff once again, respectfully request the Court to Appoint a temporary Counsel to complete discovery procedures and if required to respond to the awaited defense motion for summary judgement . Or in the alternative, to grant the Motion, thats pending before this Honorable Court for the appointment of counsel Prayer for Relief.

Matter prepared by Wayne Smith.

Respectfully Submitted:

*[signature]*
George Ivan Lopez, EZ-3198
1200 Mokychic Drive
Collegeville, Pa. 19426

*[signature]*
Wayne Smith # CU0529
1200 Mokychic Drive
Collegeville, Pa. 19426

Dated: 12/5/2023

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| George Ivan Lopez, | : | Case No#. 3:21-cv-1819 |
| Plaintiff, | : | Hon. Chistopher C. Conner |
| Vs. | : | Hon. M.J. Martin Carlson |
| John Wetzel, et al., | : | |
| Defendants. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, The undersigned, hereby certify that on this 6th day of December, 2023, I have served a true and correct copy of the Notification to the court on the Defendant's attorney, via First Class pre-paid postage, which service satisfy the Courts Requirement.

### FIRST CLASS:

U.S. Dist. Ct. For the
Middle District of Pa.

Kim Adams Esq.
1920 Technology Parkway
Mechanicsburg, Pa. 17050

Respectfully Submitted

George Ivan Lopez, CZ-3198
1200 Mokychic
Collegevile, Pa. 19426
Date: 12/6/2023

1

SCI- Phoenix
Name George Lopez
Number CZ3198
PO Box 244
Collegeville, PA 19426-0244

Legal Mail

PA DEPARTMENT OF CORRECTIONS
RECEIVED
HARRISBURG, PA
INMATE MAIL
DEC 19 2023
PER [signature]
DEPUTY CLERK

12/06/2023
US POSTAGE $000.63
ZIP 19426
041M12252211
FIRST-CLASS MAIL

To: US. Dist. Ct. for The Middle Dist. of Pa.
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

17108$0983 B011