IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
JAN 0 3 2024
PER _____
DEPUTY CLERK

| | |
|---|---|
| GEORGE LOPEZ, et al., | : |
| Plaintiffs, | : Honorable Christopher C. Conner |
| | : Honorable MH Karoline Mehalchick |
| v. | : (Magistrate Judge Carlson) |
| | : |
| JOHN WETZEL, et al., | : Civil No. 3:21-cv-1819 |
| | : PLEASE FILE, DOCKET, AND FORWARD TO ALL |
| Defendants | : APPROPRIATE PARTIES |

**PLAINTIFF CONSOLIDATED NOTICE TO THE COURT AND
MOTION FOR DISCOVERY AND APPOINTMENT OF COUNSEL**

**TO THE HONORABLE JUDGES OF SAID COURT:**

**AND NOW COMES,** Plaintiff Darien Houser, pro se consolidated notice to the Court, motion for discovery and appointment of Counsel and represents:

**NOTICE TO THE COURT:**

This is to inform the court, that a **deposition** was taken of **Plaintiff Darien Houser** in the above captioned case, on or about **12/19/2023**. Plaintiff was informed during the taking of the deposition, that a copy of the deposition would be forwarded to Plaintiff, through in house mail by unit manager Lisa Durand. Plaintiff was also told upon review and completion of the deposition, Plaintiff was ordered to retrun the corrected version of the deposition to the unit manager, which at that time Plaintiff made his **objections**, due to the deposition containing **confidential (Psychiatric infromation)**. Plaintiff requested that the deposition be sent directly to him through the legal mail system, and made a request for counsel to provide a self addressed postage paid envelope to retrun the corrected version of the deposition to Counsel, which was

denied. **(See; Deposition of Darien Houser)** The argument should be addressed within the contents of the deposition.

### DISCOVERY REQUEST:

Plaintiff request his medical records and Psychiatric records from the Philadelphia County Prisons and the Department of Corrections from **2004 to 2024**. The requested records may show medical assessments made by the medical departemnt as to mental health concerns, referrals, request made by Plaintiff to be seen by the Psychiatric department, and Psychiatric medication that was issued by the medical department prior to be assessed by the Psychiatric department. Medical records may also provide a complete history of medication that were issued for mental health and Psychiatric concerns by the medical department, and not issued by the Psychiatric Department.

Phychiatric/Mental health records are essential to this case, due to this case involving mental health issues, psych medications and evaluations by the Psychiatric Department. Plaintiff aslo request Program Review Committe (PRC) records from SCI-Greene and SCI-Phoenix from **2005 to 2024**. Discovery is essential to this case, and all forms of communication between the medical department, Psychiatry department and administrative staff are required, such as **DC-14 CAR** and **DC-15 IRS**. Plaintiff also request his **17 X files** and **DC-135A Request to Staff** filed by Plaintiff, about his mental health conditions and the response by Defendants, PRC Committee, and the Psychiatric departement staff, that derived from the **DC-135A**.

### APPOINTMENT OF COUNSEL:

Due to the above aforementioned discovery requested by Plaintiff, that the defendants may have objections in providing, Plaintiff respectfully request that this court appoint Counsel in the interest of justice. Plaintiff reiterate, that this is a mental health case and medical records and Psychiatric records are of evidentiary value, may procure additional defendants, and newly discovered evidence. Based on past experience, the DOC and Philadelphia County, **WILL NOT** provide medical records to the Plaintiff, and therefore, counsel must be appointed.

I, DARIEN HOUSER, declare that the contents of this document are true and correct to the best of my remembrance and belief pursuant to 28 U.S.C. § 1746 and 18 Pa. § 4904 under the laws of penalty of perjury.

Respectfully and Sincerely Submitted,



Darien Houser #GL-7509
SCI-PHOENIX
1200 Mokychic Drive
Collegeville, Pa. 19426

Date: 12/25/2023

cc: File Copy

~~Smart Communications/PADOC~~
SCI- Phoenix
Name Darien Houser
Number GL-7509
~~PO Box 33028~~
1200 Mokychic Drive
~~St Petersburg FL 33733~~
Collegeville, PA. 19426

To: OFFICE OF THE CLERK
United States District Court
Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6TH Street, Suite 101
Harrisburg, PA 17102

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

neopost
12/27/2023
US POSTAGE $000.63⁰

ZIP 19426
041M12252211

RECEIVED
HARRISBURG, PA
JAN 03 2024
PER 
DEPUTY CLERK

17102$1109 C028