FILED
HARRISBURG, PA
JAN 1 2 2024
PER _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE LOPEZ, et al., :
:
    Plaintiffs, : Honorable Christopher C. Conner
: Honorable MJ Martin Carlson
v. : (Magistrate Judge Carlson)
:
JOHN WETZEL, et al., : Civil No. 3:21-cv-1819
: PLEASE FILE, DOCKET, AND FORWARD TO ALL
    Defendants : APPROPRIATE PARTIES

**PLAINTIFF DAREIN HOUSER CONSOLIDATED RESPONSE TO THE ABOVE CAPTIONED JUDGES REPORT AND RECOMMENDATION *DATED 12/20/23* AND DEFENDANT'S BRIEF IN OPPOSITION TO PLAINTIFF HOUSER'S MOTION TO COMPEL DISCOVERY AND APPOINTMENT OF COUNSEL**

**TO THE HONORABLE JUDGES OF SAID COURT:**

**AND NOW COMES, *Plaintiff Darien Houser*,** pro se, Consolidated Response to the above *Captioned Judges Report and Recommendation* and *Defendants Brief In Opposition* to Plaintiff Houser's *Motion to Compel Discovery* and *Appointment of Counsel and represent.*

**Brief Response to Judges Conner and Carlson, Report and Recommendation**

I.

### Factual Background and Procedual History Clarification

    **a)** ***Plaintiff Response* to Defendants Brief In Opposition**Plaintiff's, were not in open disagreement with one another, it was one Plaintiff, George Lopez, who believed that the case was his case because the civil Complaint was in his name. Further stating Lopez, improperly purporting to speak on behalf of the other Plaintiffs, without there consent or agreed upon by other Plaintiffs.

    **b)** All Plaintiff's have the same issues and claims in common, which are the

unconstitutionally prolonged and severe Isolated solitary confinement by the Department of Corrections/Defendants, in which Plaintiff and Plaintiffs, suffered severe mental, emotional, physical and psychological trauma and injuries. Conditions that were forced upon Plaintiff and Plaintiff's without due process or avenues of relief for decades. The fact that the aforementioned confinements occurred at different places, does not lessen the trauma and injuries that were forced upon Plaintiff, Plaintiff's in this case, and in the Eastern District for decades.

**c)** Plaintiff Darien Houser, has never received a copy of Mr. Lopez's response that decries the lack of assistance and cooperation from his Co-Plaintiff's, (doc.170). This Court continues to provide documents that do not identify the case nimber, filing date, and dockect number. Plaintiff Lopez, reporting what the Defendants intend to file is worriesome and comes with great concern because Plaintiff questions if there are exparte communication among Defendants counsel and Mr. Lopez, he has a history of such behavior with authorities for personal gain.

### Plaintiff's Respnse To Discussion

**d)** In all actuality, this court has made a decision that will effect Plaintiff Houser's continued litigation, due to him being unlettered and lacks litigation skills. This court has given Mr. Lopez, exactly what he wanted instead of allowing him to remove himself from the case, and allow the five Plaintiff's to move forward together as consolidated Plaintiffs. *"PLAINTIFF WILL NOT FOLD WITHOUT A FIGHT TO THE BEST OF HIS ABILITY AND KNOWLEDGE."*

### Plaintiff Response to Defendant's Brief In Opposition to Houser's Motion to Compel Discovery and Appointment of Counsel

**II.**

**e)** Plaintiff's Original Motion was entitled "Motion to Compel Discovery and Appointment of Counsel. Defendants, decided in thier brief in opposition, to leave out Plaintiff's request for

appointment of Counsel, in the caption of their opposition brief, and was not properly objected to or opposed in thier brief.

**f)** Plaintiff Houser is aware, that he previous requested discovery in the past, but Plaintiff never requested defendants to produce discovery in 30 days, as noted in the opposition brief. Furthermore, to the best of Plaintiff's memeory, he never requested grievances or grievances alone from the Defendants. The discovery documents produced by the Defendants (grievances) are not essential evidence or of evedentiary value to this case, because Plaintiff claimed in his copmplaint that the Defendants stated during PRC hearings that there were no forms of relief for mental health problems and the isolated solitary confinement that was forced upon him. Medical records and Psychiatric records are of evidentiary value and will be used by Defendants during summary judgement, trial, and were asked about during the deposing of Plaintiff, by the Defendants. Plaintiff have request psychiatric and medical records in the past, and was denied.. So Plaintiff's request for the Court to Compel Defendants to produce the requested discovery is appropriate at this time. _Plaintiff, reiterates once again, that Defendants may object to turning over psychiatirc and medical records, and if so, Counsel must be provided._

### Plaintiff's Response to Defendant's Argument

**III.**

**g)** Defendants state that on February 8, 2022, on behalf of six Plaintiffs, _he requested "any and all medical and psychiatric records"_ in one breath, and then turn around and state despite discovery being ongoing since February of 2023, **"PLAINTIFF HAS NOT MADE ANY SPECIFIC REQUEST TO DEFENDANTS FOR DISCOVERY, YET HE FILES THIS MOTION TO COMPEL."** ("which one is it ?") _Plaintiff, further states, if the requested documents are available; then why haven't Defendants provided the requested documents to Plaintiff, the same way they sent_

***the grievances, by way of U.S. mail?*** Plaintiff disagree that said records medical and psychiatric records are available by a more convenient source. The medical department here at SCI-Phoenix, is problematic for many prisoners such as Plaintiff Houser, and could lead to a disciplinary misconduct for him. Many medical staff are very very disrespectful, and Plaintiff's alternative to violance and being disrespected is to stay away from being inside of the medical department as much as possible.

Plaintiff, is not a medical professional, and he will need adiquate time to review and define words and symbols contained within the records, despite the fact that the medical department will not provide the required time that is appropiate for a proper and meaningful review. "IF THE MEDICAL DEPARTMENT IS WILLING TO ALLOW ME TO TAKE MY MEDICAL AND PSYCHIATRIC FILES TO MY CELL FOR REVIEW UNTIL I AM FINISHED REVIEWING THEM, THEM I WILL ACCEPT THEM FROM MEDICAL WITHOUT A TIME RESTRICTION."

As far as what happen with the March 13, 2023 order, and the December 2022 motion to compel medical and psychiatric records are now mute, because this case has been severed by this court. As to Plaintiff making copies of said documents himself, he cannot afford his medical and psychiatric records, due to the 35% of all incoming money is taken out of his fund/gifts sent by family and friends. It seems that Defendants are attempting to deter Plaintiff from requesting his medical and psychiatric records and create a heardship upon Plaintiff, Darien Houser, buy wanting to charge him for said records, reords that are in the Defendants possession. Defendants were was willing to provide grievances that Plaintiff did not request and are of no evidentiary value to this case, but refuse to provide medical and psychiatric records without paying for them. Plaintiff has proceeded this case in forma pauper and is unable to pay or shoud have to pay for documents that are in the possession of the defendants and may be used by the Defendants during post trial and trial proceedings

**WHEREFORE,** for the foregoing reasons, Plaintiff respectfully request that this court compel

4

Defendants to produce the requested discovery and appoint counsel for Mr. Houser

I, Darien Houser, declare that the contents of this document are true and correct to the best of my remebrance and belief pursuant to 28 U.S.C. § 1746 and 18 Pa. § 4904 under the laws of penalty of perjury.

                                              Respectfully and Sincerely Submitted,

                                              Darien Houser #GL-7509
                                              SCI-PHOENIX
                                              1200 Mokychic Drive
                                              Collegeville, Pa. 19426

Date: 1/8/2024

cc: File Copy

~~Smart Communications/PADOC~~

SCI- Phoenix

Name Darien Houser

Number GL-7509

~~PO Box 33028~~
1200 Mokychic Drive
~~St Petersburg FL 33733~~
Collegeville, PA. 19426

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

neopost
01/09/2024
US POSTAGE $000.63

FIRST-CLASS MAIL

ZIP 19426
041M12252211

To: CLERK'S office
U.S. District COURT
Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th STREET, Suite 101
Harrisburg, PA 17102

RECEIVED
HARRISBURG, PA
JAN 12 2024
PER _____
DEPUTY CLERK

17102$1109 C028