FILED
HARRISBURG, PA
JAN 16 2024
PER_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George Ivan Lopez, ) | Case No#. 3:21-cv-1819 |
|     Plaintiff, ) | Hon. Chistopher C. Conner |
| Vs. ) | Hon. M.J. Martin Carlson |
| ) | |
| John Wetzel, et al., ) | |
|     Defendants. ) | |

### PLAINTIFF LOPEZ'S NOTIFICATION TO THE COURT

Now Comes Plaintiff, George Lopez, gives notification to the court as follows:

1. Plaintiff Lopez, Do not Oppose and/or Object to the Honorable M.J. Martin Carlson's Nevember 28th, 2023 Report and recommendation, in regards to Severance of all of the Plaintifs, and issuing a case number to all Plaintiffs.

2. Plaintiff Lopez, believe that the November 28, 2023, report and recommendation is fair, just and proper, base on the settle law that one Plaintiff cannot represent another in any legal proceedings.

3. Plaintiff Lopez, Further states that the Plaintiffs should be sever, on procdure ground, because lead Plaintiff should not be force to incur full cost of litigation, research, exhibit and all other documents, nevertheless, now that Plaintiff Lopez, is currently Legally Blind.

Wherefore, for the reasons set forth above, Plaintiff Lopez, agree with the report and recommendation of November 28, 2023, issued by Honorable M.J. Martin Carlson

Respectfully Submitted

*[signature]*

George Ivan Lopez, CZ-3198
1200 Mokychic Drive
Collegevile, Pa. 19426

1/4/2024

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **George Ivan Lopez,** )<br>　　　　**Plaintiff,** )<br>**Vs.** )<br>　　　　　　　　　　　　)<br>**John Wetzel, et al.,** )<br>　　　　**Defendants.** ) | **Case No#. 3:21-cv-1819**<br>**Hon. Chistopher C. Conner**<br>**Hon. M.J. Martin Carlson** |

### Certificate of Service

I, Certisfy that on this **4th day of January, 2024,** I have served a true copy of the attached Notification to the Court regarding the Sever of all Plaintiffs, via first class Postage, which satisfy the Courts Requirement.

Respectfully Submitted

*/s/ George Ivan Lopez*

George Ivan Lopez, CZ-3198
1200 Mokychic Drive
Collegeville, Pa. 19426

SCI- Phoenix
Name: George Ivan Lopez
Number: #CZ-3198
PO Box: 244
~~St Petersburg FL 33733~~
Collegeville, Pa. 19426-0244

"Legal Mail"

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

RECEIVED
HARRISBURG, PA
JAN 16 2024
PER _____
DEPUTY CLERK

U.S. Dist. Court, middle Dist. PA.
Ronald Reagan Fed. Bldg & Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108

neopost 01/05/2024
US POSTAGE $000.63⁰
FIRST-CLASS MAIL
ZIP 19426
041M12252211

1710800983 B011