FILED
HARRISBURG, PA

JAN 17 2024

PER _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE LOPEZ, et al., | |
| Plaintiffs, | Honorable Christopher C. Conner |
| | Honorable MJ Martin Carlson |
| v. | (Magistrate Judge Carlson) |
| JOHN WETZEL, et al., | Civil No. 3:21-cv-1819 |
| | PLEASE FILE, DOCKET, AND FORWARD TO ALL |
| Defendants | APPROPRIATE PARTIES |

**PLAINTIFF EMERGENCY NOTICE TO THE COURT**

TO THE HONORABLE JUDGES OF SAID COURT:

**AND NOW COMES,** Plaintiff, Darien Houser, pro se **Notice to the Court** and represents:

On December 19, 2023, a telephonis depositon took place, Plaintiff Houser was deposed by Ms. Kimberly A. Adams, Esquire. Upon completion of the deposition, Ms. Adams went off the record and informed Plaintiff, that a copy of the depositon would be brought to him by unit Manager Durand, for him to make corrections if any was needed. Plaintiff was further informed that he could not keep the depositon in his possession over night, and had to be supervised at all times.

Plaintiff, made objections to Ms. Adams orders, and informed her that I have taken deposed in the past and a copy of the deposition was sent to him, and that he made made the necessary correction and returned to the court by way of U.S. mail. *The objections ended by Plaintiff informing Ms. Adams, the same way she has given him no other alternative, and the only way Plaintiff would be allowed to make corrections would be as ordered, is the same way*

1

***SCI-Greene informed Plaintiff that there were no other avenues to seek help or any relief for mental health problems, other than being provided medication because he is a capital case prisoner.*** "THIS RESPONSE/OBJECTION IS NOT INDICATED IN THE DEPOSITION."

On 1/4/24, Ms. Owens, provided a copy of the depositon and informed me of the aforementioned orders as mentioned above by Ms, Adams. *The deposition is typed in 10 and what appears to be 15 pitch, and there are four pages on one, something never seem before in a deposition document.* Due to the small typing and my inability to concentrate long, and the fact that I was not allowed to keep the depositon unsupervised, it has taken me longer and need additional time to complete the outstanding mistakes contained within the contents of the deposition. As to date, I have been provided the deposition by Ms. Owens, on **1/4/24, 1/5/24, 1/8/24. 1/9/24**, under Ms. Owens supervision.

Today, **1/10/23**, Ms. Own provided the depositon transcripts and informed me that she had spoken with Ms. Adams, and asked; why did she have to sit with me to correct that transcripts? Ms. Owens, then stated that I can keep the transcripts over night to work on them and she will check with me in the morning to see if Plaintiff need additional time. Ms. Owens then stated "I CANNOT MAKE A COPY OF THE DEPOSITON THAT I AM MAKING THE CORRECTIONS TO." If I am not provided a copy of the deposition that I made the corrections on, I will have to go through the entire deposition again, and by then the corrected version of the deposition will be submitted by Defndants Attorney, and will be submitted and filed in the court without Planitff having the opportunity to agree to the corrected version of the depositon and its contents.

The cause and action of this *Emergency Notice To The Court* is due to the unusual demands and orders by Defendants Counsel that has caused an unreasonable and unnecessary

delay. Plaintiff also respectfully request that this court compel Defendants counsel to provide a copy of the deposition that will show the corrections made by Plaintiff, and a Copy of the corrected version that will be filed to this court by Defendants, counsel.

**WHEREFORE,** for the foregoing reasons, Plaintiff respectfully request that this Court take the necessary deemed actions if any and compel Defendants Counsel to provided a copy of the deposition edited by Plaintiff in his writing, anda copy of the final version that will be submitted to the Court by defense Counsel. (single page, not 4 pages on one.

I, _____, declare that the contents of this document are true and correct to the best of my remebrance and belief pursuant to 28 U.S.C. § 1746 and 18 Pa. § 4904 under the laws of penalty of perjury.

Respectfully and Sincerely Submitted,

_____
Darien Houser #GL-7509
SCI-PHOENIX
1200 Mokychic Drive
Collegeville, Pa. 19426

Date: 1/10/2024

cc: File Copy

~~Smart Communications/PADOC~~

SCI- Phoenix

Name Darren Houser

Number GL-7509

~~PO Box 33028~~
1200 Mokychic Drive
~~St Petersburg FL 33733~~
Collegeville, PA 19426

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

To: Office of THE CLERK
United States District Court
Middle District of Pennsylvania
Sylvia H. Rambo U.S Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

RECEIVED
HARRISBURG, PA
JAN 17 2024
PER _____
DEPUTY CLERK

neopost
01/11/2024
US POSTAGE $000.63

FIRST-CLASS MAIL
ZIP 19426
041M12252211



171023$1109 C028