UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George Ivan Lopez,<br>          Plaintiff,<br>Vs.<br><br>John Wetzel, et al.,<br>          Defendants. | Case No#. 3:21-cv-1819<br>Hon. Chistopher C. Conner<br>Hon. M.J. Martin Carlson |

FILED
HARRISBURG, PA
JAN 31 2024
PER _____ DEPUTY CLERK

## *Notificateion to the Court*

Lead Plaintiff George Ivan Lopez, through a fellow inmate's Assistence, hereby gives notification to the court regarding a changing in plaintiff's Address.

1. On January 23rd, 2024, Plaintiff Populawski, Watkins, and Stolks have been transferred to the Pa. Correction Institition of Sumerset, (SCI-Sumerset), located at: 1590 Walters Mill Road, Sumerset, Pa. 15510-0001., the other Plaintiff (Derian Houser) recently had his death sentence overturned to life and will be going to the prisons general population.

2. Plaintiff Lopez, asserts that this further support the **Granting** of the requested severance, since now there will be absolutely No-Communication between the lead Plaintiffs and all other plaintiffs', inclding Jose Uderra, which is currntly in the free world.

Respectfully Submitted

*[signature]*

George Ivan Lopez, CZ-3198
1200 Mokychic Drive
Collegeville, Pa. 19426
1/24/2024

cc. Kim Adams, Esq.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **George Ivan Lopez,**           )<br>                    **Plaintiff,**  )<br>**Vs.**                           )<br>                                  )<br>**John Wetzel, et al.,**          )<br>                    **Defendants.** )<br>_____) | **Case No#. 3:21-cv-1819**<br>**Hon. Chistopher C. Conner**<br>**Hon. M.J. Martin Carlson** |

## *Certificate of Service*

I, the undersigned, hereby certisfy that on this 24th day of january, 2024, I have served a true and correct copy of the attached Notification upon the Court and Defendants counsel, via First class Mail.

Courtesy Copy
Ms. Kim Adams,
1920 Tewchnology Parkway
Mechanicsburg, Pa, 17050.

                                          Respectfully Submitted

                                          George Ivan Lopez, CZ-3198
                                          1200 Mokychic Drive
                                          Collegeville, Pa. 19426
                                          1/24/2024

cc. Kim Adams, Esq.

SCI- Phoenix
Name George Lopez
Number CZ 3198
PO Box 244
Collegeville PA 19426-0244
Re: 3:21-cv-1819

RECEIVED
HARRISBURG, PA
JAN 31 2024
PER ___JBC___
DEPUTY CLERK

"Legal Mail"

To: U.S. Dist. Court, for The Middle Dist. of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108