FILED
HARRISBURG, PA

FEB 27 2024

PER _____
DEPUTY CLERK

In the
United States District Court For The
Middle District Of Pennsylvania

| | |
|---|---|
| George Ivan Lopez, | )( Case : 3:21-CV-1819 |
|     Plaintiff, | )( Hon: Christopher C. Conner |
| Vs. | )( Hon: M.J. Martin Carlson |
| John Wetzel, et al., | )( |
|     Defendants. | |

**PLAINTIFF LOPEZ'S MOVE THIS HONORABLECOURT
FOR AN ORDER COMPELLING DEFENDANTS TO PRODUCE DISCOVERY**

  Now Comes, Plaintiff Lopez, through the assistance of a fellow inmate Orlando Baez, seek an order of this Court, Compelling the Defendants to produce the requested Discovery Material which has a deadline of February 18, 2024. and in support states as follows:

  1. Plaintiff Lopez, directs the Courts' attention to the attached Declaration and Exhibits, showing that Plaintiff has made countless of attempts to ascertain copies of the Named Discovery Material (Grievances) that support Plaintif's Claims and allegations raised in his complaint.

  2. Plaintiff Lopez, has repeatedly informed Defendants Counsel Mrs. Kim Adams, that the reasons he dose not have a copy of the grievances, were because during a cell search and Transfered from SCI-Greene to SCI-Phoenix, a box of property came up missing. And these documents (grievances) goes to the heart of the plaintiff's constitutional claims nd allegations raised in the complaint. Plaintioff has repeatedly requested copies afrom counsel Kim Adams to make them available for review and possible coping at plaintiff's. Ms,Adams has refused, stating (Plaintiff

1

should had kept a copy of the )(Grievances).

3. Plaintiff Strongly believe that Counsel is refusing and denying these documents because they will show and prove that the defendants misrepresented the capital case *terms of confinement*. The Contents of the grievances responses will revealthe true facts that, the reseans and claims raised by the defendants to keep the Plaintiff under permenant solitary confinement, was a lied and misrepresentation of the "Terms of Confiment Statute 4304. See Attached Copy.

4. The defendants grievance reponses will show a fraudulent act by the Department of Corretions and Defendants  The Responses also stated that the {only] reasons the Plaintiff was kept under spermanent solitary confinement was because he was under a warrant of death. Upon which this was not true, because according to the statute 4304, that a capital case prisoner should be in solitary confinement would be when his warrant is signed, which is for no more than 90-days or sooner, not keeping plaintiff under such harsh continions for decades. This is the reason that Defendants' counsel Kim Adams is refusing t to produce these documents and dicovery material see attached Exhint _____.

5. The Requested Discovery i.e (Grievances) are  base on ("Conditions of Confinement")
Grievance No: *1( 296554, *2) 288365, *3) 340552, #4) 361711, *5) 368870, #6) 466422, #7)597036, #8) 657723, #9) 621607, #10) 708435, # 11) 85768, #12) 907683, #13) 529904 #14) 507044, #15) 490324. Plaintiff

ask the Court to also review the numerous amount of good faith letters, plainytiff requesting counsel to produce copies of these grievances and or make them available for review and coping, all to no avail.

6. Plaintiff cannot properly prepare for the upcoming Sumary Judgment and/or finalize his discovery process withou these documents. If Plaintiff would had been represented by counsel, attorney Kim Adams, would had already prodvided these requested documenbts,

Wherefore, for the reasons set forth above, Plaintiff respectfully request that this Honorable Court Grant the requested motion to compell, so that Defendant can produce the requested Griervances, Appeals and responses before the discovery deadline expire and also Order defendant Cousel to provide Plaintiff with a respond to his second set of iterrogatories.

Respectfully Submitted

*[signature]*

George Ivan Lopez, CZ-3198
1200 Mokychic Drive
Collegeville, Pa. 19426
1/29/2024

In the
United States District Court For The
Middle District Of Pennsylvania

| | |
|---|---|
| George Ivan Lopez,<br>    Plaintiff,<br>Vs.<br>John Wetzel, et al.,<br>    Defendants. | )( Case : 3:21-CV-1819<br>)( Hon: Christopher C. Conner<br>)( Hon: M.J. Martin Carlson<br>)( |

## Certificate of Service

I, the underesigned hereby certisfy that on this 29th day of January, 2024, Have served a true and correct copy of the attached Motion to compel upon defendants Counsel, via first Class Posstage.

TO: Attorney Kim Adams
1920 Technology
Mechanicsburg, Pa. 17050

## Verification Statement

I, Verify that all matters set forth herein are true and correct to the best of my knowledge, information and believes and to those matters I beleive to be true, pursuant to U.S.C. 1746, relating to false statement to authorities.

Respectfully submitted

*[signature]*

George Ivan Lopez, cz3198
1200 Mokychic Drive
Collegeville, Pa. 19426
1/29/202

1

George I. Lopez CZ3198
SCI-Phoenix
P.O. Box 244
Collegeville, PA 19426-0244



PENN982 152 4C 1 N C0202/28/24
UNABLE TO FORWARD/FOR REVIEW *****

RECEIVED
HARRISBURG, PA
FEB 27 2024
PER_____ DEPUTY CLERK

To: U.S. Dist Court For
The Middle Dist. of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108