# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE LOPEZ, et al., : | |
| : | |
| Plaintiff, : | Civil Action No. 3:21-CV-1819 |
| : | |
| v. : | Judge Mehalchick |
| : | Magisterial Judge Carlson |
| JOHN WETZEL, et al., : | |
| : | |
| Defendants : | |

## ORDER

AND NOW, this 29th day of February 2024, upon consideration of the Corrections Defendants' *MOTION TO EXTEND DEADLINES SET FORTH IN October 13, 2023 ORDER*, it is hereby ordered that the Motion is GRANTED. The Dispositive Motions deadline in the October 13, 2023, Order is extended by a period of two (2) months.

BY THE COURT:

*Karoline Mehalchick*
_____
J.