UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE IVAN LOPEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN E. WETZEL, et al., <br><br> Defendant. | CIVIL ACTION NO. 3:21-CV-01819 <br><br> (MEHALCHICK, J.) |

### ORDER

In accordance with the memorandum filed the same day it is hereby ordered that the Report and Recommendation of Judge Carlson, (Doc. 172), is **ADOPTED IN ITS ENTIRETY** as the decision of the Court. Plaintiff's objections, (Doc. 175), are **OVERRULED,** and Plaintiffs' claims will be **SEVERED**. George Lopez's claims shall proceed in this action, No. 3:21-CV-01819, and the Clerk of Court is **DIRECTED** to open new civil actions for each of the remaining Plaintiffs.

Dated: April 4, 2024

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**