IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George Ivan Lopez, | ) No# 3:21-cv-1819 |
| PLaintiff, | ) Hon. Karoline Mehalchick |
| Vs. | ) M.J. Markin Carlson |
| John Wetzel, Et al., | ) |
| Defendants | ) |

FILED
HARRISBURG, PA
APR 29 2024
PER _____
DEPUTY CLERK

PLAINTIFF, LOPEZ, TIMELY RESPOND TO THIS COURT'S
APRIL 12TH, 2024 COURT ORDER

NOW COMES, BLIND LEAD PLAINTIFF GEORGE IVAN LOPEZ, THROUGH THE ASSISTENCE OF FELLOW INMATE, DUE TO HIS CURRENT BLINDNESS STATUS, TIMELY RESPOND TO THIS HONORABLE COURT'S APRIL 12TH, 2024, COURT ORDER AND IN SUPPORT STATATES AS FOLLOWS.

1) On April 12th, 2024, The Court issued An Order, by way of two (2) directive, that Must be complied with and/or the Case may be dismiss for failure to prosecute.

- First, The Clerk is ORDERED to Terminate (Doc. 173) A motion which appears on the docket in this case, but is actually a pleading fild by another plaintiff that pertain to a sepeate case.

1

- Second, On or before April 26, 2024, the plaintiff must file a statement with the Court indicating whether the Plaintiff is proceeding with this individual claims. Along with a proposed case managmnent plan outlinening what step the plaintiff believe need to taken in this litigation.

RESPONSE:

2) Plaintiff, Lopez, Reminds the Court that he is currently blind and is depending on fellow inmates to assist him in drafting, typing all his letters, pleadings and Motions. Plaintiff Lopez, Once again seeks leave of Court to re-consider the appointment of temporary counsel untill his schedule eye-surgery in the next month or so.

3) Plaintiff asserts, as far as the Termination of (Doc. 173). Lead Plaintiff Lopez, is not aware of the other plaintiff's filings due to their transferes to other institution, nor can he see to verify said matter due to his current total blindness status.

4) PLaintiff Lopez, further states and therefore asserts, that he instent to proceed with his constitutional claims despite his total blindness, and with the assisenc of fellow inmates if the Court decide not to re-consider his Motion for appointment of temporary counsel

CASE MANAGEMENT PLAN.

5) Plaintiff Lopez, is awaiting final disposition of his currently pending motion to compel discovery.

6) Plaintiff, Lopez, is awaiting final disposition of Plaintiff's Re-consideration of appointmrent of temporary counsel Motion.

7) Plaintiff Lopez, is awaiting final disposition of discovery yet not provided.

8) Plaintiff Lopez, is awaiting on the Defendants "Summary Judgment Motion ,due April 29th, 2024".

9) Plaintiff Lopez asserts that this is a complex action where there is a reasonable expectation that multiple pre-trial motions will be filed, discovery is expected to be extensive and several forms of special relief will be sought.

10) Plaiintiff asserts that, there are special and/or, unusual circumstanses in this case. see (Averment 5-10).

I, Certisfy that a copy of this Motion has been served upon the opposing party, via first class mail.

Wherefore, for the foregoing reasons, Plaintiff Lopez, request that this court (a) Re-consider the appointment of temporary counsel, (2) issue a final disposition on all Motions and pleading before the court so to proceed in a timely manner. Prayer for Relief.

Respectully Submitted

George Ivan Lopez, CZ-3198

1200 Mokychic Drive

Colegeville, Pa. 19426                    Dated: 4/19/2024

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George Ivan Lopez, | ) No#. 3:21-cv-1819 |
|     Plaintiff, | ) Hon. K. Mehalechick |
| Vs. | ) M.J. M. Carlson |
| John Wetzel, Et al., | ) |
|     Defendants. | ) |

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 19th day of April 2024, I have served a copy of the attached Respond to the Court's April 12th, 2024, Court Order upon the Parties listed below, via Frst Class Postagr.

Att. Kim Adams'
1920 Technology Parkway
Mechanicsburg, Pa. 17050

VERIFICATION STATEMENT

i, HEREBY VERIFY THA
T ALL MATTERS MENTION, REFER TO AND DEPICTED HEREIN, ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEVE.

Respectfully Submitted

_____
George Ivan Lopez, CZ-3198
`1200 Mokychic Drive
Collegeville, Pa. 19426

Name: George Lopez
Number: C53197
Box 244
Collegeville, PA 19426-0244

IN: 3:21-cv-1814

**RECEIVED**
HARRISBURG, PA
APR 29 2024
PER _____
DEPUTY CLERK

"Legal Mail"

To: U.S. District Court For The
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

quadient
FIRST-CLASS MAIL
IMI
$000.64
04/22/2024 ZIP 19426
043M31248366
US POSTAGE